IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 17-cv-02459 |

### [Proposed] ORDER SEALING DECLARATION

Whereas, on August 28, 2017, Plaintiffs filed a Motion to File Declaration Under Seal (the "Motion");

Whereas, in the Motion, Plaintiffs have proposed reasons supported by specific factual representations to justify the [requested] sealing, in accordance with L.R. 105.11;

Whereas, Plaintiffs have identified the following portion of the record as that portion which is subject to the Motion: Declaration of John Doe in Support of Motion to Permit John Doe to Proceed Under Pseudonym, and to Omit Individual Plaintiffs' Home Addresses From Caption (hereafter, the "Sealed Declaration");

Whereas, the Court has considered the Motion and any opposition thereto;

Whereas, the Court has not ruled on the Motion for at least fourteen (14) days after it was entered on the public Court docket to permit the filing of objections by interested parties;

Whereas, the Court has considered any objections by interested parties, pursuant to L.R. 105.11;

Whereas, Plaintiffs have stated in the Motion why alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing of a portion of the record, specified herein, is appropriate;

Accordingly, it is this ___ day of _____ 2017 by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion to File Declaration Under Seal be, and the same hereby is, GRANTED, as specifically set forth herein;

2. That the Sealed Declaration (as defined above) be, and the same hereby is, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Records shall be placed in an envelope or other container which is marked SEALED, SUBJECT TO ORDER OF COURT DATED _____.

3. A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

4. No party or their counsel shall make public or otherwise disclose any of the Sealed Records to any person or entity not directly associated with this litigation.

_____
UNITED STATES DISTRICT JUDGE