IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brock Stone, et al.
    Plaintiff,

v.                                                  Case No. 17-02459

Donald J. Trump, et al.
    Defendant.

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that American Civil Liberties Union of Maryland, Inc.
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

_____ (name of member)         _____ (state of citizenship)

_____ (name of member)         _____ (state of citizenship)

_____ (name of member)         _____ (state of citizenship)

_____ (name of member)         _____ (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

September 8, 2017
Date

*[signature]*
Signature

Deborah A. Jeon, Bar No. 06905
Printed name and bar number

3600 Clipper Rd. #350, Baltimore, MD 21211
Address

jeon@aclu-md.org
Email address

410-889-8555
Telephone number

410-366-7838
Fax number