**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

BROCK STONE, et al.,

Plaintiffs,

vs.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 1:17-cv-02459

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs respectfully move the Court for a preliminary injunction pending the Court's final judgment on the merits of this action, barring Defendants from enforcing the policies and directives encompassed in President Trump's Memorandum for the Secretary of Defense and the Secretary of Homeland Security, dated August 25, 2017 and entitled "Military Service by Transgender Individuals" (the "Transgender Service Member Ban"). This motion is based on Plaintiffs' memorandum of law and accompanying declarations and exhibits, filed concurrently with this motion; on the record in this action; and on other oral or written argument that may be offered by Plaintiffs at or before any hearing on this motion.

Further, in light of the harm Plaintiffs are currently experiencing and the imminent harm that will result if the Transgender Service Member Ban is not enjoined, as described more fully in the memorandum in support of this motion, Plaintiffs respectfully request that the Court hold a hearing on an expedited basis following completion of briefing pursuant to the schedule established by Local Rule 105.2(a).

A proposed order is attached hereto.

Dated: September 14, 2017

Respectfully submitted,

Deborah A. Jeon (Bar No. 06905)
David Rocah (Bar No. 27315)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MARYLAND
3600 Clipper Mill Road, #350
Baltimore, MD 21211
Telephone: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
rocah@aclu-md.org

Joshua A. Block*
Chase B. Strangio*
James Esseks*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2627
Fax: 212-549-2650
jblock@aclu.org
cstrangio@aclu.org
jesseks@aclu.org
lcooper@aclu.org

*Attorneys for Plaintiffs*

David M. Zionts*
Carolyn F. Corwin*
Mark H. Lynch (Bar No. 12560)†
Jaclyn E. Martínez Resly*
Jeff Bozman*
Marianne F. Kies (Bar No. 18606)
Christopher J. Hanson*
Tom Plotkin*‡
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 778-5987
dzionts@cov.com
ccorwin@cov.com
mlynch@cov.com
jmartinezresly@cov.com
jbozman@cov.com
mkies@cov.com
chanson@cov.com
tplotkin@cov.com

Mitchell A. Kamin*
Nicholas A. Lampros*
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
mkamin@cov.com
nlampros@cov.com

* Admitted *pro hac vice*

† Inactive; reactivation application forthcoming

‡ Admitted to the Bars of Pennsylvania and New Jersey, admission to the Bar of the District of Columbia pending; and supervised by the principals of the firm.

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 14th day of September, 2017, a copy of the foregoing was served via electronic mail, pursuant to agreement, on the following counsel:

Peter J. Phipps  
Senior Trial Counsel  
United States Department of Justice  
Civil Division, Federal Programs Branch  
Phone:  (202) 616-8482 // (412) 894-7421  
Peter.Phipps@usdoj.gov

                                                    /s/  Marianne F. Kies  
                                                    Marianne F. Kies