IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROCK STONE, et al.,

        Plaintiffs,

v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:17-cv-02459

**DECLARATION OF MARIANNE F. KIES IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Marianne F. Kies, depose and say as follows:

1. I make this declaration in support of the remedies and relief sought by Plaintiffs in this case. The following facts are based on my own personal knowledge, except those stated upon information and belief, and as to all such facts stated upon information and belief, I am informed and believe that the same are true.

2. I am an attorney with Covington & Burling LLP, and I represent Plaintiffs Brock Stone, Kate Cole, John Doe, Seven Ero George, Teagan Gilbert, Tommie Parker, and the American Civil Liberties Union of Maryland, Inc. in this action.

3. Attached hereto as "Exhibit 1" is a true and correct copy of the Directive-type Memorandum (DTM) 16-005, "Military Service of Transgender Service Members," issued by former Secretary of Defense Ash Carter (June 30, 2016).

4. Attached hereto as "Exhibit 2" is a true and correct copy of Dep't of Health & Human Services, Dept'l Appeals Board, *NCD 140.3, Transsexual Surgery*, No. A-13-87 (May 30, 2014).

5. Attached hereto as "Exhibit 3" is a true and correct copy of Transcend Legal, *Transgender Insurance Medical Policies* (last visited Sept. 11, 2017).

6. Attached hereto as "Exhibit 4" is a true and correct copy of Gary J. Gates & Jody L. Herman, *Transgender Military Service in the United States*, Williams Inst. (May 2014).

7. Attached hereto as "Exhibit 5" is a true and correct copy of *DoD Press Briefing by Secretary Carter on Transgender Service Policies in the Pentagon Briefing Room*, Department of Defense (June 30, 2016).

8. Attached hereto as "Exhibit 6" is a true and correct copy of *Transgender Service in the U.S. Military: An Implementation Handbook*, Department of Defense (Sept. 30, 2016).

9. Attached hereto as "Exhibit 7" is a true and correct copy of *DoD Instruction 1300.28: In-Service Transition for Transgender Service Members*, Department of Defense (June 30, 2016).

10. Attached hereto as "Exhibit 8" is a true and correct copy of Jim Mattis, *Memorandum for Secretaries of the Military Departments, Chairman of the Joint Chiefs of Staff: Accession of Transgender Individuals into the Military Services* (June 30, 2017).

11. Attached hereto as "Exhibit 9" is a true and correct copy of Helene Cooper, *Trump Says Transgender Ban Is a 'Great Favor' for the Military*, N.Y. Times (Aug. 10, 2017).

12. Attached hereto as "Exhibit 10" is a true and correct copy of Josh Dawsey, *John Kelly's Big Challenge: Controlling the Tweeter in Chief*, Politico (Aug. 4, 2017).

13. Attached hereto as "Exhibit 11" is a true and correct copy of Rachael Bade & Josh Dawsey, *Inside Trump's Snap Decision to Ban Transgender Troops*, Politico (July 26, 2017).

14. Attached hereto as "Exhibit 12" is a true and correct copy of Emily McFarlan Miller, *Trump's Evangelical Advisers Discussed Transgender Ban at White House Meeting*, Religion News Service (July 27, 2017).

15. Attached hereto as "Exhibit 13" is a true and correct copy of Steve Peoples, *Trump Transgender Ban Nod to Christian Conservatives*, U.S. News & World Report (July 27, 2017).

16. Attached hereto as "Exhibit 14" is a true and correct copy of *Fifty-Six Retired Generals and Admirals Warn that President Trump's Anti-Transgender Tweets, if Implemented, Would Degrade Military Readiness*, Palm Ctr. (Aug. 1, 2017).

17. Attached hereto as "Exhibit 15" is a true and correct copy of *Statement by SASC Chairman John McCain on Transgender Americans in the Military* (July 26, 2017).

18. Attached hereto as "Exhibit 16" is a true and correct copy of *Duckworth Statement on Reports Trump Administration Directing DOD to Discriminate Against Transgender Servicemembers* (Aug. 24, 2017).

19. Attached hereto as "Exhibit 17" is a true and correct copy of Letter from A. Donald McEachin, et al. to President Donald J. Trump (Aug. 29, 2017).

20. Attached hereto as "Exhibit 18" is a true and correct copy of Donald J. Trump, *Memorandum for the Secretary of Defense, the Secretary of Homeland Security: Military Service by Transgender Individuals* (Aug. 25, 2017).

21. Attached hereto as "Exhibit 19" is a true and correct copy of three tweets issued by Donald J. Trump (@RealDonaldTrump), Twitter (July 26, 2017, 5:55 AM), https://twitter.com/realDonaldTrump/status/890193981585444864; (6:04 AM),

https://twitter.com/realDonaldTrump/status/890196164313833472; (6:08 AM), https://twitter.com/realDonaldTrump/status/890197095151546369.

22. Attached hereto as "Exhibit 20" is a true and correct copy of *Statement by Secretary of Defense Jim Mattis on Military Service by Transgender Individuals* (Aug. 29, 2017).

23. Attached hereto as "Exhibit 21" is a true and correct copy of Seema Mehta, *Trump Stands by Tweet Blaming Sexual Assaults in Military on Men and Women Serving Together*, L.A. Times (Sept. 7, 2016).

24. Attached hereto as "Exhibit 22" is a true and correct copy of Aaron Belkin, *Caring for Our Transgender Troops — The Negligible Cost of Transition-Related Care*, New Eng. J. Med. (Aug. 12, 2015).

25. Attached hereto as "Exhibit 23" is a true and correct copy of Patricia Kime, *DoD Spends $84M a Year on Viagra, Similar Meds*, Military Times (Feb. 13, 2015).

26. Attached hereto as "Exhibit 24" is a true and correct excerpt of *House Armed Services Committee Holds Markup on the Fiscal 2018 Defense Authorization Bill*, Cong. Quarterly (June 28, 2017).

27. Attached hereto as "Exhibit 25" is a true and correct copy of Lawryn Fraley, *Iowa Rep. Wants to Strip Military Funding for Transgender Service Members*, KCRG-TV9 (July 12, 2017).

28. Attached hereto as "Exhibit 26" is a true and correct copy of *Hunter Statement on Transgender Military Service Decision* (July 26, 2017).

29. Attached hereto as "Exhibit 27" is a true and correct copy of Wilson Brissett, *Transgender Academy Cadets Can Graduate But Not Commission*, Air Force Magazine (May 19, 2017).

30. Attached hereto as "Exhibit 28" is a true and correct copy of *Statement by Secretary of Defense Ash Carter on DoD Transgender Policy,* Department of Defense (July 13, 2015).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September, 2017.

*/s/ Marianne F. Kies*

Marianne F. Kies (Bar No. 18606)