# Exhibit 1



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

JUN 3 0 2016

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
        CHAIRMAN OF THE JOINT CHIEFS OF STAFF
        UNDER SECRETARIES OF DEFENSE
        DEPUTY CHIEF MANAGEMENT OFFICER
        CHIEF OF THE NATIONAL GUARD BUREAU
        GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
        DIRECTOR, COST ASSESSMENT AND PROGRAM
           EVALUATION
        INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
        DIRECTOR, OPERATIONAL TEST AND EVALUATION
        DEPARTMENT OF DEFENSE CHIEF INFORMATION OFFICER
        ASSISTANT SECRETARY OF DEFENSE FOR LEGISLATIVE
           AFFAIRS
        ASSISTANT TO THE SECRETARY OF DEFENSE FOR PUBLIC
           AFFAIRS
        DIRECTOR, NET ASSESSMENT
        DIRECTORS OF THE DEFENSE AGENCIES
        DIRECTORS OF THE DOD FIELD ACTIVITIES

SUBJECT:   Directive-type Memorandum (DTM) 16-005, "Military Service of Transgender
           Service Members"

References:  DoD Directive 1020.02E, "Diversity Management and Equal Opportunity in the
           DoD," June 8, 2015
           DoD Directive 1350.2, "Department of Defense Military Equal Opportunity
           (MEO) Program," August 18, 1995
           DoD Instruction 6130.03, "Medical Standards for Appointment, Enlistment, or
           Induction in the Military Services," April 28, 2010, as amended

    Purpose. This DTM:

- Establishes policy, assigns responsibilities, and prescribes procedures for the
standards for retention, accession, separation, in-service transition, and
medical coverage for transgender personnel serving in the Military Services.

- Except as otherwise noted, this DTM will take effect immediately. It will be
converted to a new DoDI. This DTM will expire effective June 30, 2017.

    Applicability. This DTM applies to OSD, the Military Departments (including the Coast
Guard at all times, including when it is a Service in the Department of Homeland Security by
agreement with that Department), the Office of the Chairman of the Joint Chiefs of Staff and the

Joint Staff, the Combatant Commands, the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities within the DoD.

Policy.

- The defense of the Nation requires a well-trained, all-volunteer force comprised of Active and Reserve Component Service members ready to deploy worldwide on combat and operational missions.

- The policy of the Department of Defense is that service in the United States military should be open to all who can meet the rigorous standards for military service and readiness.  Consistent with the policies and procedures set forth in this memorandum, transgender individuals shall be allowed to serve in the military.

- These policies and procedures are premised on my conclusion that open service by  transgender Service members while being subject to the same standards and procedures as other members with regard to their medical fitness for duty, physical fitness, uniform and grooming, deployability, and retention, is consistent with military readiness and with strength through diversity.

Responsibilities

- The Secretaries of the Military Departments will:

  o Take immediate action to identify all DoD, Military Department, and Service issuances, the content of which relate to, or may be affected by, the open service of transgender Service members.

  o Draft revisions to the issuances identified, and, as necessary and appropriate, draft new issuances, consistent with the policies and procedures in this memorandum.

  o Submit to the Under Secretary of Defense for Personnel and Readiness (USD(P&R)) the text of any proposed revisions to existing Military Department and Service regulations, policies, and guidance, and of any proposed new issuance, no later than 30 days in advance of the proposed publication date of each.

- The USD(P&R) will:

  o Take immediate action to identify all DoD, Military Department, and Service issuances, the content of which relate to, or may be affected by, the open service of transgender Service members.

*DTM-16-005*

> o  Draft revisions to the issuances identified in this memorandum and, as necessary and appropriate, draft new issuances consistent with the policies and procedures in this memorandum.

Procedures.  See Attachment.

Releasability.  **Cleared for public release**.  This DTM is available on the DoD Issuances Website at http://www.dtic.mil/whs/directives.

Ash Carter

Attachment:
As stated

cc:
Secretary of Homeland Security
Commandant, United States Coast Guard

*DTM-16-005*

ATTACHMENT

PROCEDURES

## 1.  SEPARATION AND RETENTION

a.  Effective immediately, no otherwise qualified Service member may be involuntarily separated, discharged or denied reenlistment or continuation of service, solely on the basis of their gender identity.

b.  Transgender Service members will be subject to the same standards as any other Service member of the same gender; they may be separated, discharged, or denied reenlistment or continuation of service under existing processes and basis, but not due solely to their gender identity or an expressed intent to transition genders.

c.  A Service member whose ability to serve is adversely affected by a medical condition or medical treatment related to their gender identity should be treated, for purposes of separation and retention, in a manner consistent with a Service member whose ability to serve is similarly affected for reasons unrelated to gender identity or gender transition.

## 2.  ACCESSIONS

a.  Medical standards for accession into the Military Services help to ensure that those entering service are free of medical conditions or physical defects that may require excessive time lost from duty.  Not later than July 1, 2017, the USD(P&R) will update DoD Instruction 6130.03 to reflect the following policies and procedures:

(1)  A history of gender dysphoria is disqualifying, **unless**, as certified by a licensed medical provider, the applicant has been stable without clinically significant distress or impairment in social, occupational, or other important areas of functioning for 18 months.

(2)  A history of medical treatment associated with gender transition is disqualifying, **unless**, as certified by a licensed medical provider:

(a)  the applicant has completed all medical treatment associated with the applicant's gender transition; and

(b)  the applicant has been stable in the preferred gender for 18 months; and

(c)  If the applicant is presently receiving cross-sex hormone therapy post-gender transition, the individual has been stable on such hormones for 18 months.

(3)  A history of sex reassignment or genital reconstruction surgery is disqualifying, **unless**, as certified by a licensed medical provider:

(a)  a period of 18 months has elapsed since the date of the most recent of any such surgery; and

(b)  no functional limitations or complications persist, nor is any additional surgery required.

b.  The Secretaries of the Military Departments and the Commandant, United States Coast Guard, may waive or reduce the 18-month periods, in whole or in part, in individual cases for applicable reasons.

c.  The standards for accession described in this memorandum will be reviewed no later than 24 months from the effective date of this memorandum and may be maintained or changed, as appropriate, to reflect applicable medical standards and clinical practice guidelines, ensure consistency with military readiness, and promote effectiveness in the recruiting and retention policies and procedures of the Armed Forces.

3.  <u>IN-SERVICE TRANSITION</u>

a.  Effective October 1, 2016, DoD will implement a construct by which transgender Service members may transition gender while serving, in accordance with DoDI 1300.28, which I signed today.

b.  Gender transition while serving in the military presents unique challenges associated with addressing the needs of the Service member in a manner consistent with military mission and readiness needs.

4.  <u>MEDICAL POLICY</u>.  Not later than October 1, 2016, the USD(P&R) will issue further guidance on the provision of necessary medical care and treatment to transgender Service members.  Until the issuance of such guidance, the Military Departments and Services will handle requests from transgender Service members for particular medical care or to transition on a case-by-case basis, following the spirit and intent of this memorandum and DoDI 1300.28.

5.  <u>EQUAL OPPORTUNITY</u>

a.  All Service members are entitled to equal opportunity in an environment free from sexual harassment and unlawful discrimination on the basis of race, color, national origin, religion, sex, or sexual orientation.  It is the Department's position, consistent with the U.S. Attorney General's opinion, that discrimination based on gender identity is a form of sex discrimination.

Attachment

b.  The USD(P&R) will revise DoD Directives (DoDDs) 1020.02E," Diversity Management and Equal Opportunity in the DoD," and 1350.2,"Department of Defense Military Equal Opportunity (MEO) Program," to prohibit discrimination on the basis of gender identity and to incorporate such prohibitions in all aspects of the DoD MEO program.  The USD(P&R) will prescribe the period of time within which Military Department and Service issuances implementing the MEO program must be conformed accordingly.

6.  <u>EDUCATION AND TRAINING</u>

a.  The USD(P&R) will expeditiously develop and promulgate education and training materials to provide relevant, useful information for transgender Service members, commanders, the force, and medical professionals regarding DoD policies and procedures on transgender service.  The USD(P&R) will disseminate these training materials to all Military Departments and the Coast Guard not later than October 1, 2016.

b.  Not later than November 1, 2016, each Military Department will issue implementing guidance and a written force training and education plan.  Such plan will detail the Military Department's plan and program for training and educating its assigned force (to include medical professionals), including the standards to which such education and training will be conducted, and the period of time within which it will be completed.

7.  <u>IMPLEMENTATION AND TIMELINE</u>

a.  Not later than October 1, 2016, the USD(P&R) will issue a Commander's Training Handbook, medical guidance, and guidance establishing procedures for changing a Service member's gender marker in DEERS.

b.  In the period between the date of this memorandum and October 1, 2016, the Military Departments and Services will address requests for gender transition from serving transgender Service members on a case-by-case basis, following the spirit and intent of this memorandum and DoDI 1300.28.

Attachment