# Exhibit 3



# Transgender Insurance Medical Policies

Virtually all major insurance companies recognize that transgender-related medical care is medically necessary and have a written policy describing their criteria for when plans they administer will cover it. Below is a list of such policies.

The fact that an insurance company is listed below *does not* mean that your particular plan will follow these guidelines. You must look to your individual policy to determine if transgender care is covered or excluded. Only if it is covered will the policies below apply.

Items per page  - All -   Apply

Policy Issued By: Aetna (/aetna-gonadotropin-releasing-hormone-analogs-and-antagonists)
Medical Policy Title: Gonadotropin-Releasing Hormone Analogs and Antagonists (http://www.aetna.com/cpb/medical/data/500_599/0501.html)

Policy Issued By: Aetna (/aetna-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (http://www.aetna.com/cpb/medical/data/600_699/0615.html)

Policy Issued By: Amerigroup (/amerigroup-gonadotropin-releasing-hormone-analogs-treatment-non-oncologic-indications)
Medical Policy Title: Gonadotropin Releasing Hormone Analogs for the Treatment of Non-Oncologic Indic… (https://medicalpolicies.amerigroup.com/medicalpolicies/guidelines/gl_pw_c193665.htm)

Policy Issued By: Amerigroup (/amerigroup-sex-reassignment-surgery)
Medical Policy Title: Sex Reassignment Surgery (https://medicalpolicies.amerigroup.com/medicalpolicies/guidelines/gl_pw_a051166.htm)

Policy Issued By: Anthem (/anthem-gonadotropin-releasing-hormone-analogs-gnrh)
Medical Policy Title: Gonadotropin Releasing Hormone Analogs (GnRH) (https://mediproviders.anthem.com/Clinical%20Pharmacy%20Policies/PHARM_ALL_GnRH.pdf)

Policy Issued By: Anthem Blue Cross Blue Shield (/anthem-blue-cross-blue-shield-sex-reassignment-surgery)
Medical Policy Title: Sex Reassignment Surgery (http://www.anthem.com/ca/medicalpolicies/guidelines/gl_pw_a051166.htm)

Policy Issued By: AvMed (/avmed-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.avmed.org/documents/23406/48536/Gender+Reassignment+Surgery.pdf/f0726d46-9fd8-464b-b259-b1eabefe781f)

Policy Issued By: Blue Cross and Blue Shield of Florida (/blue-cross-and-blue-shield-florida-gonadotropin-releasing-hormone-analogs-and-antagonists)
Medical Policy Title: Gonadotropin Releasing Hormone Analogs and Antagonists (http://mcgs.bcbsfl.com/?doc=Gonadotropin%20Releasing%20Hormone%20Analogs%20and%20Antagonists)

Policy Issued By: Blue Cross and Blue Shield of Florida (/blue-cross-and-blue-shield-florida-blue-cross-and-blue-shield-florida-gender-reassignment-surgery)
Medical Policy Title: Blue Cross and Blue Shield of Florida Gender Reassignment Surgery Policy (http://mcgs.bcbsfl.com/?doc=Gender%20Reassignment%20Surgery)

Policy Issued By: Blue Cross Blue Shield Federal Employee Program (/blue-cross-blue-shield-federal-employee-program-gnrh-gender-dysphoria)
Medical Policy Title: GnRH Gender Dysphoria (https://media.fepblue.org/-/media/423CD1F323C74E2BB0834A7545B32B7C.pdf)

Policy Issued By: Blue Cross Blue Shield of Kansas (/blue-cross-blue-shield-kansas-sex-reassignment-surgery)
Medical Policy Title: Sex Reassignment Surgery (https://www.bcbsks.com/customerservice/Providers/MedicalPolicies/policies/policies/SexReassignmentSurgery_2016-12-20.pdf)

## Join our mailing list today!

**Email Address ***

**Preferred Name ***

Subscribe

* indicates required



 (https://www.facebook.com/transcendleg

 (https://instagram.com/transcendlegal)

 (http://www.twitter.com/transcendlegal)

Policy Issued By: Blue Cross Blue Shield of Massachusetts (/blue-cross-blue-shield-massachusetts-transgender-services)
Medical Policy Title: Transgender Services (http://www.bluecrossma.com/common/en_US/medical_policies/189%20Transgender%20Services%20prn.pdf#page=1&amp;__utma=149406063.1761118586.1402926656.1407417514.1407421027.129&amp;__utmb=149406063.1.10.1407421027&amp;__utmc=149406063&amp;28referral%29|utmcmd=referral|utmcct=/&amp;__utmv=-&amp;__utmk=260421901)

Policy Issued By: Blue Cross Blue Shield of North Carolina (/blue-cross-blue-shield-north-carolina-gender-confirmation-surgery-and-hormone-therapy)
Medical Policy Title: Gender Confirmation Surgery and Hormone Therapy (http://www.bcbsnc.com/assets/services/public/pdfs/medicalpolicy/gender_confirmation_surgery_and_hormone_therapy.pdf)

Policy Issued By: Blue Cross Blue Shield of North Dakota (/blue-cross-blue-shield-north-dakota-gender-specific-testsservices-performed-postoperative-gender)
Medical Policy Title: Gender Specific Tests/Services Performed on Postoperative Gender Reassignment M… (https://bb.thor.org/BulletinBoard/ViewFile.aspx?param=Bulletins%5cBlue_Cross_Blue_Shield_ND_Medical_Policy%5cGender_Specific_Tests.htm)

Policy Issued By: Blue Cross Blue Shield of North Dakota (/blue-cross-blue-shield-north-dakota-surgical-treatment-gender-dysphoria)
Medical Policy Title: Surgical Treatment of Gender Dysphoria (https://bb.thor.org/BulletinBoard/ViewFile.aspx?param=Bulletins%5cBlue_Cross_Blue_Shield_ND_Medical_Policy%5cSurgical_Treatment_of_Gender_Dysphoria.htm)

Policy Issued By: Blue Cross Blue Shield of Rhode Island (/blue-cross-blue-shield-rhode-island-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.bcbsri.com/sites/default/files/polices/Gender_Reassignment_Surgery.pdf)

Policy Issued By: Blue Cross Blue Shield of Tennessee (/blue-cross-blue-shield-tennessee-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (http://www.bcbst.com/mpmanual/!SSL!/WebHelp/Gender_Reassignment.htm)

Policy Issued By: Blue Cross Blue Shield of Texas (/blue-cross-blue-shield-texas-gender-assignment-surgery-and-gender-reassignment-surgery-related)
Medical Policy Title: Gender Assignment Surgery and Gender Reassignment Surgery with Related Services (http://www.medicalpolicy.hcsc.net/medicalpolicy/activePolicyPage?lid=it10pa1o&corpEntCd=TX1)

Policy Issued By: Blue Cross Blue Shield of Vermont (/blue-cross-blue-shield-vermont-gender-reassignment-surgery-gender-identity-disorder)
Medical Policy Title: Gender Reassignment Surgery for Gender Identity Disorder (http://www.bcbsvt.com/wps/wcm/connect/f1bad985-c60a-4d71-ae9b-3b12121687a6/gender-reassignment-services-for-gender-dysphoria-med-policy-09.2016.pdf?MOD=AJPERES)

Policy Issued By: Blue Shield of California (/blue-shield-california-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.blueshieldca.com/provider/content_assets/documents/download/public/bscpolicy/Gender_RA_Surg.pdf)

Policy Issued By: Blue Shield of Northeastern NY (/blue-shield-northeastern-ny-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.bsneny.com/content/dam/COMMON/Provider/Protocols/G/prov_prot_Gender_Reassignment.pdf)

Policy Issued By: BlueShield of Northeastern New York (/blueshield-northeastern-new-york-gonadotropin-releasing-hormone-agonists)
Medical Policy Title: Gonadotropin-releasing Hormone Agonists (https://www.bsneny.com/content/dam/COMMON/Drug%20Therapy%20Guidelines/E,F,G/Gonadotropin-releasing%20Hormone%20Agonists.pdf)

Policy Issued By: Boston Medical Center HealthNet Plan (/boston-medical-center-healthnet-plan-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.bmchp.org/~/media/e4a2002b868d40c789a3d1f525f74a07.pdf?#)

Policy Issued By: Cigna (/cigna-histrelin-acetate-subcutaneous-implant)
Medical Policy Title: Histrelin acetate subcutaneous implant (https://cignaforhcp.cigna.com/public/content/pdf/coveragePolicies/pharmacy/ph_8008_coveragepositioncriteria_supprelin_la.pdf)

Policy Issued By: Cigna (/cigna-treatment-gender-dysphoria)
Medical Policy Title: Treatment of Gender Dysphoria (https://cignaforhcp.cigna.com/public/content/pdf/coveragePolicies/medical/mm_0266_coveragepositioncriteria_gender_reassignment_surgery.pdf)

Policy Issued By: ConnectiCare (/connecticare-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.connecticare.com/provider/PDFs/Medical/Gender%20Reassignment%20Surgery.pdf)

Policy Issued By: CVS/Caremark (/cvscaremark-gonadotropin-releasing-hormones-prior-authorization-policy)
Medical Policy Title: Gonadotropin-Releasing Hormones (prior authorization policy) (http://www.caremark.com/portal/asset/FEP_Rationale_GonadotropinReleasingHormones.pdf)

Policy Issued By: Emblem Health (/emblem-health-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (http://www.emblemhealth.com/~/media/Files/PDF/_med_guidelines/MG_Gender_Reassignment_Surgery_C.pdf#__utma=149406063.1761118586.1402926656.1407417514.140728referral%29|utmcmd=referral|utmcct=/&amp;__utmv=-&amp;__utmk=260421901)

Policy Issued By: Excellus Blue Cross Blue Shield (/excellus-blue-cross-blue-shield-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.excellusbcbs.com/wps/wcm/connect/3bdf3fa6-609d-487d-9e5c-dfa6a89fb1d4/mp+sex_+reassign+mpc3+13.pdf?MOD=AJPERES&amp;CACHEID=3bdf3fa6-609d-487d-9e5c-dfa6a89fb1d4)

Policy Issued By: GEHA (/geha-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.geha.com/~/media/Files/Documents/Health-Documents/coverage-policies/Gender-Reassignment.pdf?la=en)

Policy Issued By: Group Health Cooperative (/group-health-cooperative-transgender-services-program)
Medical Policy Title: Transgender Services Program (https://www1.ghc.org/html/public/services/transgender)

Policy Issued By: Harvard Pilgrim Health Care (/harvard-pilgrim-health-care-transgender-services-fully-insured-subscribers-and-dependents)
Medical Policy Title: Transgender Services for Fully-Insured Subscribers and Dependents (https://www.harvardpilgrim.org/pls/portal/docs/PAGE/MEMBERS/EMPLOYER/EMC/EMC-TG0000000005.PDF)

Policy Issued By: Hawaii Medical Service Association (/hawaii-medical-service-association-gender-identity-services)
Medical Policy Title: Gender Identity Services (https://hmsa.com/portal/provider/zav_pel.aa.GEN.650.htm)

Policy Issued By: Health Net (/health-net-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.healthnet.com/static/general/unprotected/pdfs/national/policies/GenderReassignmentSurgery.pdf)

Policy Issued By: HealthPartners (/healthpartners-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.healthpartners.com/public/coverage-criteria/policy.html?id=327177)

Policy Issued By: Highmark (/highmark-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://secure.highmark.com/ldap/medicalpolicy/wpa-highmark/S-184-004.html)

Policy Issued By: Highmark West Virginia (/highmark-west-virginia-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.highmarkbcbswv.com/medpolicy/S-184-002.html)

Policy Issued By: Horizon Blue Cross Blue Shield of New Jersey (/horizon-blue-cross-blue-shield-new-jersey-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://services3.horizon-bcbsnj.com/hcm/MedPol2.nsf/G-index/9834A982DA4CB56785258132006BF1FF?OpenDocument)

Policy Issued By: Horizon Blue Cross Blue Shield of New Jersey (/horizon-blue-cross-blue-shield-new-jersey-drug-therapy-transgender-policy)
Medical Policy Title: Drug Therapy for Transgender Policy (https://services3.horizon-bcbsnj.com/hcm/MedPol2.nsf/MedicalPolicies/KKPR-ABKJ9T)

Policy Issued By: Independence Blue Cross (/independence-blue-cross-treatment-gender-dysphoria)
Medical Policy Title: Treatment of Gender Dysphoria (http://medpolicy.ibx.com/policies/mpi.nsf/6eedf656d983ec98525695e0068df68/01309ea9e419330d852580990049652a!OpenDocument&Highlight=0,transgender)

Policy Issued By: Kaiser Permanente (/kaiser-permanente-transgender-care-not-medical-policy)
Medical Policy Title: Transgender Care (not a medical policy) (https://mydoctor.kaiserpermanente.org/ncal/mdo/presentation/healthpromotionpage/index.jsp?promotion=transgendercare)

Policy Issued By: LifeWise (/lifewise-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.lifewisewa.com/medicalpolicies/7.01.557.pdf)

Policy Issued By: Medica (/medica-adult-gender-reassignment-surgery)
Medical Policy Title: Adult Gender Reassignment Surgery (https://www.medica.com/-/media/documents/provider/utilization-management-policies/iii_sur_20-um-policy.pdf?la=en)

Policy Issued By: Meridian Health Plan (/meridian-health-plan-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://corp.mhplan.com/ContentDocuments/default.aspx?x=t2IDKougLFJH2aNn8LmeZir1kwLNNHlu4cFQVYuieFBssYKXWM38yyCMxAwcsVgP/3CoDZ3QaVvwT7pgE4gBww==)

Policy Issued By: Molina Healthcare (/molina-healthcare-gender-dysphoria-treatment)
Medical Policy Title: Gender Dysphoria Treatment (http://www.molinahealthcare.com/providers/wa/medicaid/resource/PDF/MCG-216-Gender-Dysphoria-Treatment.pdf)

Policy Issued By: Neighborhood Health Plan (/neighborhood-health-plan-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.nhp.org/provider/medicalpolicies/Gender_Reassignment_Surgery_024.pdf)

Policy Issued By: Neighborhood Health Plan (/neighborhood-health-plan-breast-surgeries)
Medical Policy Title: Breast Surgeries (https://www.nhp.org/provider/medicalpolicies/Breast_Surgeries_006.pdf)

Policy Issued By: Neighborhood Health Plan of Rhode Island (/neighborhood-health-plan-rhode-island-gender-dysphoria-treatment)
Medical Policy Title: Gender Dysphoria Treatment (https://www.nhpri.org/Portals/0/Uploads/Documents/CMP/2017_01_10-CMP-069-GenderDysphoriaTreatment.pdf)

Policy Issued By: Network Health (/network-health-transgender-and-gender-dysphoria-services)
Medical Policy Title: Transgender and Gender Dysphoria Services (https://networkhealth.com/_files/pdf/Provider/medical-policies/Transgender.pdf)

Policy Issued By: Oxford (/oxford-gender-dysphoria-treatment)
Medical Policy Title: Gender Dysphoria Treatment (https://www.oxhp.com/secure/policy/gender_identity_disorder_dysphoria_treatment.pdf)

Policy Issued By: Oxford (/oxford-gonadotropin-releasing-hormone-analogs)
Medical Policy Title: Gonadotropin Releasing Hormone Analogs (https://www.oxhp.com/secure/policy/lupron_leoprolide_acetate_117.pdf)

Policy Issued By: Presbyterian (/presbyterian-gender-dysphoriagender-identity-disorder-treatment)
Medical Policy Title: Gender Dysphoria/Gender Identity Disorder Treatment (https://www.phs.org/providers/Documents/Gender%20Dysphoria%20Gender%20Identity%20Disorder%20Treatment_MPM_7_3.pdf)

Policy Issued By: QualCare (/qualcare-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.qualcareinc.com/Forms/Gender%20Reassignment%20Surgery.pdf)

Policy Issued By: Regence (/regence-transgender-services)

Medical Policy Title: Transgender Services (https://www.regence.com/documents/10192/286192/UMP+transgender+services+criteria/d0a0c749-1683-4cb8-aaf1-1799f88867ee)

Policy Issued By: Tufts Health Plan (/tufts-health-plan-transgender-surgery-rider-option-associated-procedures)
Medical Policy Title: Transgender Surgery Rider Option: Associated Procedures (https://tuftshealthplan.com/documents/providers/guidelines/medical-necessity-guidelines/coverage-criteria-transgender-surgery-r)

Policy Issued By: UniCare (/unicare-gonadotropin-releasing-hormone-analogs-treatment-non-oncologic-indications)
Medical Policy Title: Gonadotropin Releasing Hormone Analogs for the Treatment of Non-Oncologic Indic… (https://www.unicare.com/medicalpolicies/guidelines/gl_pw_c193665.htm)

Policy Issued By: UnitedHealthcare (/unitedhealthcare-gonadotropin-releasing-hormone-analogs)
Medical Policy Title: Gonadotropin Releasing Hormone Analogs (https://www.unitedhealthcareonline.com/ccmcontent/ProviderII/UHC/en-US/Assets/ProviderStaticFiles/ProviderStaticFilesPdf/Tools%20and%20Resources/Policies%20and%20Protocols/Medical%20Policies/Drug%20Policies/Gonadotropin_Releasing_Hormone_Analogs.pdf)

Policy Issued By: UnitedHealthcare (/unitedhealthcare-gender-dysphoria-treatment)
Medical Policy Title: Gender Dysphoria Treatment (https://www.unitedhealthcareonline.com/ccmcontent/ProviderII/UHC/en-US/Assets/ProviderStaticFiles/ProviderStaticFilesPdf/Tools%20and%20Resources/Policies%20and%20Protocols/Medical%20Policies/Medical%20Policies/Gender_Dysphoria_Treatment.pdf)

Policy Issued By: Univera Healthcare (/univera-healthcare-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.univerahealthcare.com/wps/wcm/connect/7c508dc9-8c6f-478f-8654-fde9d1aae811/mp+gender_reassign+mpc3+16.pdf?MOD=AJPERES&CACHEID=7c508dc9-8c6f-478f-8654-fde9d1aae811)

Policy Issued By: UPMC Health Plan (/upmc-health-plan-gender-confirmation)
Medical Policy Title: Gender Confirmation (https://embed.widencdn.net/pdf/plus/upmc/izox1qo8sl/MP.102.pdf?u=8gpqp2)

Policy Issued By: WEA Trust (/wea-trust-transgender-reassignment-surgery)
Medical Policy Title: Transgender Reassignment Surgery (https://www.weatrust.com/DesktopModules/Bring2mind/DMX/Download.aspx?EntryId=765&Command=Core_Download&language=en-US&PortalId=0&TabId=186)

Policy Issued By: WellCare (/wellcare-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.wellcare.com/~/media/PDFs/CCG/CCG/NA_All_CCG_Gender_Reassignment_eng_12_2015.ashx)

Policy Issued By: Wellmark Blue Cross Blue Shield (/wellmark-blue-cross-blue-shield-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (http://www.wellmark.com/Provider/MedpoliciesAndAuthorizations/MedicalPolicies/policies/Gender_Reassignment.aspx)

Policy Issued By: WellPoint - UniCare (/wellpoint-unicare-sex-reassignment-surgery)
Medical Policy Title: Sex Reassignment Surgery (http://www.unicare.com/medicalpolicies/guidelines/gl_pw_a051166.htm)

Policy Issued By: YourCare Health Plan (/yourcare-health-plan-gender-reassignment-surgery)
Medical Policy Title: Gender Reassignment Surgery (https://www.yourcarehealthplan.com/Portals/0/PDFs/CMPs/Gender%20Reassign%20Surg%207.01.84.pdf)

Displaying 1 - 65 of 65

3553 82nd Street #6D | Jackson Heights, NY 11372 | (347) 612-4312

Attorney Advertising. Prior results do not guarantee a similar outcome. | Full Disclaimer (/disclaimer) | Privacy Policy (/privacy-policy) | Copyright © 2017 Transcend Legal