# Exhibit 15

# John McCain
## U.S. Senator ~ Arizona
(http://www.mccain.senate.gov/public/index.cfm/home)

**Press Releases (https://www.mccain.senate.gov/public/index.cfm/press-releases)**

*Home (https://www.mccain.senate.gov/public/index.cfm/home) / Press (https://www.mccain.senate.gov/public/index.cfm/press) / Press Releases (https://www.mccain.senate.gov/public/index.cfm/press-releases)*

  25K people like this. Be the first of your friends.      

Jul 26 2017

# STATEMENT BY SASC CHAIRMAN JOHN McCAIN ON TRANSGENDER AMERICANS IN THE MILITARY (https://www.mccain.senate.gov/public/index.cfm/press-releases?ID=80124D36-EF8B-4CBD-A75A-9C6C697CA235)

*Washington, D.C.* – U.S. Senator John McCain (R-AZ), Chairman of the Senate Armed Services Committee, released the following statement today on President Trump's tweet regarding transgender Americans in the military:

"The President's tweet this morning regarding transgender Americans in the military is yet another example of why major policy announcements should not be made via Twitter.

"The statement was unclear. The Department of Defense has already decided to allow currently-serving transgender individuals to stay in the military, and many are serving honorably today. Any American who meets current medical and readiness standards should be allowed to continue serving. There is no reason to force service members who are able to fight, train, and deploy to leave the military—regardless of their gender identity. We should all be guided by the principle that any American who wants to serve our country and is able to meet the standards should have the opportunity to do so—and should be treated as the patriots they are.

"The Department of Defense is currently conducting a study on the medical obligations it would incur, the impact on military readiness, and related questions associated with the accession of transgender individuals who are not currently serving in uniform and wish to join the military. I do not believe that any new policy decision is appropriate until that study is complete and thoroughly reviewed by the Secretary of Defense, our military leadership, and the Congress.

"The Senate Armed Services Committee will continue to follow closely and conduct oversight on the issue of transgender individuals serving in the military."

###

Permalink: https://www.mccain.senate.gov/public/index.cfm/2017/7/statement-by-sasc-chairman-john-mccain-on-transgender-americans-in-the-military (https://www.mccain.senate.gov/public/index.cfm/2017/7/statement-by-sasc-chairman-john-mccain-on-transgender-americans-in-the-military)

### Related Links

Press Releases (https://www.mccain.senate.gov/public/index.cfm/press-releases)

Speeches (https://www.mccain.senate.gov/public/index.cfm/speeches)

Opinion Editorials (https://www.mccain.senate.gov/public/index.cfm/opinion-editorials)

Floor Statements (https://www.mccain.senate.gov/public/index.cfm/floor-statements)

Photo Gallery (https://www.mccain.senate.gov/public/index.cfm/photo-gallery)

Videos (https://www.mccain.senate.gov/public/index.cfm/videos)

**OFFICE LOCATIONS**

**Phoenix Office**

2201 East Camelback Road
Suite 115