# Exhibit 16

Duckworth Statement on Reports Trump Administration Directing DOD to Discriminate Against Transgender Servicemembers | Senator Duckworth

Case 1:17-cv-02459-GLR   Document 40-19   Filed 09/14/17   Page 2 of 3

# TAMMY DUCKWORTH

UNITED STATES SENATOR FOR ILLINOIS



## Duckworth Statement on Reports Trump Administration Directing DOD to Discriminate Against Transgender Servicemembers

Home

Thursday, August 24, 2017

[WASHINGTON, DC] – Following reports that the White House is sending guidance to the Pentagon directing the Department of Defense to implement President Trump's new discriminatory ban on transgender troops serving in the U.S. military, U.S. Senator and combat Veteran Tammy Duckworth (D-IL) released the following statement:

"When I was bleeding to death in my Black Hawk helicopter after I was shot down, I didn't care if the American troops risking their lives to help save me were gay, straight, transgender, black, white or brown. All that mattered was they didn't leave me behind. If you are willing to risk your life for our country and you can do the job, you should be able to serve—no matter your gender identity or sexual orientation. Anything else is not just discriminatory, it is disruptive to our military and it is counterproductive to our national security. If the President enacts this ban, which would harm our military readiness, the Democratic and Republican Members of Congress who oppose this discrimination must enact legislation that prevents it from taking effect."

**Issues:**

Other

| Twitter | Facebook |
|---|---|

Duckworth Statement on Reports Trump Administration Directing DOD to Discriminate Against Transgender Servicemembers | Senator Duckworth

Case 1:17-cv-02459-GLR   Document 40-19   Filed 09/14/17   Page 3 of 3

**WASHINGTON, D.C. OFFICE**

524 Hart Senate Office Building

Washington, DC 20510

Phone: (202) 224-2854

**STATE OFFICES**

**Chicago**

230 South Dearborn Street

Suite 3900

Chicago, IL  60604

Phone (312) 886-3506

**STATE OFFICES**

**Springfield**

8 South Old State Capitol Plaza

Springfield, IL  62701

Phone (217) 528-6124