# Exhibit 17

# Congress of the United States

## Washington, DC 20515

August 29, 2017

President Donald J. Trump
The White House
1600 Pennsylvania Ave, NW
Washington, DC 20500

Mr. President:

We urge you to reconsider your ban on transgender individuals serving in our country's military. There is no place for discrimination in our Armed Forces or indeed anywhere else in American society. Enforcing your ban could mean discharging active duty soldiers, sailors, Marines, and members of the Air Force who are serving honorably.[1] It also would mean barring other patriotic Americans from serving in the future. Both actions are detrimental to our national security, ill-advised, and contrary to the values upon which our nation was built.

There are thousands of active-duty transgender servicemembers.[2] Contrary to your rhetoric, their service has not caused "disruption" or "burdened" the military. Rather, their sacrifices have made our nation safer and stronger. Transgender servicemembers wear the same uniform and complete the same missions as their cisgender peers. In combat, their lives are in equal peril. They serve with equal distinction; they are equally deserving of our gratitude and respect.

Implicitly, your ban denies the value of transgender servicemembers, and it questions the professionalism of those who serve beside them. Our Armed Forces have grown more equal and more inclusive over time, often in the face of strident opposition. In 1948, when President Truman moved to racially integrate the military, voices were raised in protest. They were raised again in 2010, when Congress at last repealed "Don't Ask, Don't Tell." At every turn, those voices have been proven wrong. Again and again, members of excluded groups have shown that they can serve with distinction; again and again, the military has proved that it can be a respectful home for all.

Secretary of Defense Jim Mattis has said the Department of Defense should "measure each policy decision against one critical standard: will the decision affect the readiness and lethality of the force?"[3] Based on that standard, we see no rational basis to prevent transgender Americans from serving. A 2016 study conducted at the request of the Department of Defense by the RAND Corporation — a nonpartisan, nonprofit military think tank founded by the U.S. Air Force — suggested that allowing transgender individuals to serve openly would have "no significant impact on unit cohesion or operational readiness."[4] Meanwhile, your ban would be highly disruptive and have an adverse effect: it would shrink the pool of available recruits and deny our military access to the skills, expertise, and experience of qualified servicemembers.

There is also no evidence to support your claim about the "tremendous medical costs" associated with transgender servicemembers. The same RAND Corporation study suggests that if transgender individuals were officially allowed to

---

[1] http://www.rand.org/content/dam/rand/pubs/research_briefs/RB9900/RB9909/RAND_RB9909.pdf
[2] https://www.nytimes.com/2017/07/26/us/politics/trump-transgender-military.html
[3] https://www.washingtonpost.com/world/national-security/trump-announces-that-he-will-ban-transgender-people-from-serving-in-the-military/2017/07/26/6415371e-723a-11e7-803f-a6c989606ac7_story.html
[4] http://www.rand.org/content/dam/rand/pubs/research_briefs/RB9900/RB9909/RAND_RB9909.pdf

serve openly, the annual cost of resultant gender transition-related medical costs would likely not exceed $8.4 million.[5] This is less than one-hundredth of one percent of the military's nearly $50 billion health care budget. Or, for comparison, roughly equal to the cost to taxpayers of four of your weekend trips to Mar-a-Lago resort.[6]

We have strong concerns about the process by which your ban was created. We are troubled by your apparent refusal to appropriately consult with relevant advisors, experts, or military leaders. News reports have characterized your ban as a "snap decision"[7] that "caught [the Pentagon] off guard."[8] Decisions that touch on national security demand careful consideration and responsible debate; anything less endangers the American people.

Finally, we are deeply concerned about the clear unconstitutionality of your ban. As existing case law makes clear, the government cannot discriminate against transgender people on the basis of their status or sex – and the military is not exempt from constitutional requirements. It is not clear to us that your administration has reckoned with these realities.

We urge you again to join us in honoring all those who protect our nation; to fully respect the rights of the citizens you serve; and to reconsider the ill-advised and indefensible policy that you have moved to implement.

Sincerely,

**A. Donald McEachin**
Member of Congress

**Joseph P. Kennedy, III**
Member of Congress

**Pramila Jayapal**
Member of Congress

**Steny H. Hoyer**
Democratic Whip

**James E. Clyburn**
Assistant Democratic Leader

**Joseph Crowley**
Chairman of the Democratic Caucus

---

[5] Ibid

[6] https://www.washingtonpost.com/news/politics/wp/2017/03/17/how-much-is-donald-trumps-travel-and-protection-costing-anyway/?utm_term=.8c6a2eed6155

[7] https://www.nytimes.com/2017/07/26/us/politics/trump-transgender-military.html

[8] http://www.latimes.com/politics/washington/la-na-essential-washington-updates-trump-transgender-people-will-not-be-1501074883-htmlstory.html

Mark DeSaulnier
Member of Congress

Alan Lowenthal
Member of Congress

Eric Swalwell
Member of Congress

John Yarmuth
Member of Congress

Donald M. Payne Jr.
Member of Congress

Salud Carbajal
Member of Congress

Elizabeth H. Esty
Member of Congress

Alma S. Adams
Member of Congress

Daniel T. Kildee
Member of Congress

Ted W. Lieu
Member of Congress

Frank Pallone, Jr
Member of Congress

Anna G. Eshoo
Member of Congress

Ruben J. Kihuen
Member of Congress

Jacky Rosen
Member of Congress

Colleen Hanabusa
Member of Congress

Charlie Crist
Member of Congress

3

**Jamie Raskin**
Member of Congress

**James P. McGovern**
Member of Congress

**Suzanne Bonamici**
Member of Congress

**Ro Khanna**
Member of Congress

**Raja Krishnamoorthi**
Member of Congress

**Julia Brownley**
Member of Congress

**Sean Patrick Maloney**
Member of Congress

**Matthew Cartwright**
Member of Congress

**David N. Cicilline**
Member of Congress

**Lois Frankel**
Member of Congress

**Dwight Evans**
Member of Congress

**Earl Blumenauer**
Member of Congress

**Debbie Wasserman Schultz**
Member of Congress

**Donald S. Beyer, Jr.**
Member of Congress

**Scott H. Peters**
Member of Congress

**Lisa Blunt Rochester**
Member of Congress

4

_____
Robert C. "Bobby" Scott
Member of Congress

_____
Susan A. Davis
Member of Congress

_____
Pete Aguilar
Member of Congress

_____
Jimmy Gomez
Member of Congress

_____
James A. Himes
Member of Congress

_____
Stephanie Murphy
Member of Congress

_____
Robin L. Kelly
Member of Congress

_____
Grace Meng
Member of Congress

_____
Nanette Diaz Barragán
Member of Congress

_____
Beto O'Rourke
Member of Congress

_____
Zoe Lofgren
Member of Congress

_____
Jared Huffman
Member of Congress

_____
Seth Moulton
Member of Congress

_____
Katherine M. Clark
Member of Congress

_____
Marc Pocan
Member of Congress

_____
Ami Bera
Member of Congress

5

Bradley S. Schneider
Member of Congress

John B. Larson
Member of Congress

Mark Takano
Member of Congress

Kathleen M. Rice
Member of Congress

Tony Cárdenas
Member of Congress

Raúl M. Grijalva
Member of Congress

Marc A. Veasey
Member of Congress

Carol Shea-Porter
Member of Congress

Donald Norcross
Member of Congress

Bonnie Watson Coleman
Member of Congress

Juan Vargas
Member of Congress

Grace F. Napolitano
Member of Congress

Adriano Espaillat
Member of Congress

John K. Delaney
Member of Congress

Niki Tsongas
Member of Congress

Yvette D. Clarke
Member of Congress

James Langevin
Member of Congress

Lucille Roybal-Allard
Member of Congress

David E. Price
Member of Congress

Jerrold Nadler
Member of Congress

Diana DeGette
Member of Congress

Rick Larsen
Member of Congress

Peter A. DeFazio
Member of Congress

André Carson
Member of Congress

Eleanor Holmes Norton
Member of Congress

Chellie Pingree
Member of Congress

Brad Sherman
Member of Congress

Sheila Jackson Lee
Member of Congress

Gregory W. Meeks
Member of Congress

Gerald E. Connolly
Member of Congress

Henry C. "Hank" Johnson Jr.
Member of Congress

Gwen Moore
Member of Congress

**Betty McCollum**
Member of Congress

**Keith Ellison**
Member of Congress

**Adam Smith**
Member of Congress

**Barbara Lee**
Member of Congress

**Stephen F. Lynch**
Member of Congress

**Nydia M. Velázquez**
Member of Congress

**Peter Welch**
Member of Congress

**Carolyn B. Maloney**
Member of Congress

**Doris O. Matsui**
Member of Congress

**Tim Walz**
Member of Congress

**Linda T. Sánchez**
Member of Congress

**Al Green**
Member of Congress

**William R. Keating**
Member of Congress

**Alcee L. Hastings**
Member of Congress

**José E. Serrano**
Member of Congress

**Janice D. Schakowsky**
Member of Congress

8

**Bill Pascrell, Jr.**
Member of Congress

**Adam B. Schiff**
Member of Congress

**Steve Cohen**
Member of Congress

**Luis V. Gutiérrez**
Member of Congress

**C.A. Dutch Ruppersberger**
Member of Congress

**Judy Chu**
Member of Congress

**WM. Lacy Clay**
Member of Congress

**Suzan K. DelBene**
Member of Congress

**John P. Sarbanes**
Member of Congress

**Frederica S. Wilson**
Member of Congress

**Theodore E. Deutch**
Member of Congress

**Mike Quigley**
Member of Congress

**Brian Higgins**
Member of Congress

**Eliot L. Engel**
Member of Congress

**Paul Tonko**
Member of Congress

**Dina Titus**
Member of Congress

**Jackie Speier**
Member of Congress

**Bennie G. Thompson**
Member of Congress

**Louise M. Slaughter**
Member of Congress

**Sander M. Levin**
Member of Congress

**Jimmy Panetta**
Member of Congress

**Elijah E. Cummings**
Member of Congress

**Al Lawson**
Member of Congress

**Kathy Castor**
Member of Congress

**Bill Foster**
Member of Congress

**Karen Bass**
Member of Congress

**Debbie Dingell**
Member of Congress

**Marcia L. Fudge**
Member of Congress

**Tulsi Gabbard**
Member of Congress

**Brendan F. Boyle**
Member of Congress

**Danny K. Davis**
Member of Congress

**Denny Heck**
Member of Congress

10

John Conyers, Jr.
Member of Congress

Cedric L. Richmond
Member of Congress

Jared Polis
Member of Congress

Norma J. Torres
Member of Congress

Stacey E. Plaskett
Member of Congress

Albio Sires
Member of Congress

Joe Courtney
Member of Congress

Anthony G. Brown
Member of Congress

Derek Kilmer
Member of Congress