# Exhibit 23

**Health Care**

[http://www.militarytimes.com/pay-benefits/military-benefits/health-care/]

# DoD spends $84M a year on Viagra, similar meds

**By: Patricia Kime** [http://www.militarytimes.com/author/patricia-kime]    February 13, 2015





*HOLLYWOOD, FL - JUNE 16: A bottle of Viagra sits on the counter of the Post Haste Pharmacy And Surgical Store on June 16, 2003 in Hollywood, Florida. The U.S. Senate is set to debate a new Medicare Bill aimed at reducing the high cost of prescription drugs for the elderly and disabled. The bill, which is estimated to cost $400 billion over ten years, is expected to gain Senate approval. (Photo by Joe Raedle/Getty Images)*

A report published online last week by the Washington Free Beacon and picked up by Fox News and the U.K.'s Daily Mail noted that the Pentagon spent more than $500,000 for Viagra in 2014.

That's a lot of money — but the figure wasn't even close to the real amount spent by the Defense Department for that erectile dysfunction drug and others.

According to data from the Defense Health Agency, DoD actually spent $41.6 million on Viagra — and $84.24 million total on erectile dysfunction prescriptions — last year.

And since 2011, the tab for drugs like Viagra, Cialis and Levitra totals $294 million — the equivalent of nearly four U.S. Air Force F-35 Joint Strike Fighters.

The Free Beacon based its analysis on 60 contracts for Viagra to Cardinal Health Inc., according to the article.

But those contracts tell only part of the story: DHA and its pharmacy benefits manager Express Scripts run a vast organization that dispenses medications through military hospitals and clinics, by mail and at retail stores nationwide via multiple contracts.

And according to DHA, military beneficiaries, including active-duty personnel, retirees and eligible family members, filled nearly 1.18 million prescriptions for ED medications through this system in 2014.

While drugs such as Viagra, Cialis, Levitra and other phosphodiesterase type 5 inhibitors are prescribed for other conditions, such as pulmonary arterial hypertension, their most common use is for treating sexual dysfunction in men.

*Retrieved from Military Times http://www.militarytimes.com/pay-benefits/military-benefits/health-care/2015/02/13/dod-spends-84m-a-year-on-viagra-similar-meds/ on 26 July 2017.*