# Exhibit 25

# Iowa Rep. wants to strip military funding for transgender service members

www.kcrg.com /content/news/Iowa-Rep-King-to-strip-military-funding-for-transgender-service-members-434070723.html

By Lawryn Fraley, KCRG-TV9

**DES MOINES, Iowa (KCRG-TV9) -** Iowa Representative Steve King proposed two changes to the National Defense Authorization Act for Fiscal Year 2018 to oppose spending that benefits transgender service members.

One amendment prohibits the use of Department of Defense funds for gender affirmation surgery.

The second change King requested prohibits the use of Department of Defense funding to teach transgender sensitivity courses, and screen service members for gender affirmation surgery.

Iowa Executive Danial Hoffman-Zinnel has released a statement regarding King's proposed statements.

"With these amendments, Rep. King is telling transgender Iowans, specifically transgender service members and veterans, that they are not welcome in the U.S. military and their service is not valued. The only 'transgender agenda' these amendments would prevent is the ability for transgender service members to bring their whole selves to their mission and receive basic support from the nation they fight to protect. We urge Rep. King to withdraw Amendment 406 as he did Amendment 337 and apologize for his disrespect of our transgender service members who bravely serve our country despite policies and rhetoric that discourage them from doing so freely and openly, " Hoffman-Zinnel said.