# Exhibit 26

# Hunter statement on transgender military service decision

 hunter.house.gov /press-release/hunter-statement-transgender-military-service-decision

## You are here

[Home](#) » [News Room](#)

Jul 26, 2017 Issues: [National Security](#)

**Washington DC**—Today, U.S. Rep. Duncan Hunter, a member of the House Armed Services Committee, made the following statement regarding the President's announcement on transgender military service:

"The President's decision was the absolute right decision. National security should trump social experimentation, always. It's about time that a decision is made to restore the warrior culture and allow the U.S. military to get back to business."