IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROCK STONE, et al.                    *

                                       *

            Plaintiffs
                                       *

      vs.                         CIVIL ACTION NO. MJG-17-2459
                                       *
DONALD J. TRUMP, et al.
                                       *

            Defendants
*       *       *       *       *       *       *       *       *

<u>INITIAL SCHEDULING ORDER</u>

      Pursuant to the Order issued September 22[1] and the conference

held this date:

      1.    The parties have agreed upon resolution of
            Plaintiffs' Motion for Permission for Plaintiff John
            Doe to Proceed Under Pseudonym, and to Omit
            Individual Plaintiffs' Home Addresses From Caption
            [ECF No. 8].

            a.    The parties anticipate filing an agreed Order
                  resolving the motion in the near future.

            b.    The parties anticipate filing an agreed
                  Protective Order in the near future.

      2.    By October 12, Defendants shall file a motion to
            dismiss the case for lack of jurisdiction.

            a.    Plaintiffs shall respond by October 27.

            b.    Defendants shall reply by November 3.

      3.    Plaintiffs' Motion for Preliminary Injunction [ECF
            No. 40] is pending.

            a.    Defendants shall respond by October 12.

---

1     All date references herein are to the year 2017.

b.      Plaintiffs shall reply by October 27.

c.      By further Order, a hearing shall be scheduled
        on the aforesaid motions on a mutually available
        date, most likely in November.


SO ORDERED, this <u>Wednesday, September 27, 2017</u>.


                          _____/s/_____
                           Marvin J. Garbis
                       United States District Judge

2