# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BROCK STONE, et al., )
)
    Plaintiffs, )
)
v. ) Case No. 17-cv-02459
)
DONALD J. TRUMP, et al. )
)
    Defendants. )
)

## [Proposed] ORDER SEALING PORTIONS OF THE COURT RECORD

Whereas, on September 14, 2017, Plaintiffs filed a Motion to Seal (the "Motion");

Whereas, in the Motion, Plaintiffs have proposed reasons supported by specific factual representations to justify the [requested] sealing, in accordance with L.R. 105.11;

Whereas, Defendants have identified the following portion of the record as that portion which is subject to the Motion: Declaration of John Doe in Support of Plaintiffs' Motion for Preliminary Injunction (hereafter, the "Sealed Declaration");

Whereas, the Court has considered the Motion and any opposition thereto;

Whereas, Defendants do not oppose the Motion;

Whereas, the Court has not ruled on the Motion for at least fourteen (14) days after it was entered on the public Court docket to permit the filing of objections by interested parties;

Whereas, the Court has considered any objections by interested parties, pursuant to L.R. 105.11;

Whereas, Plaintiffs have stated in the Motion why alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing of a portion of the record, specified herein, is appropriate;

Accordingly, it is this 2nd day of October 2017 by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion to Seal be, and the same hereby is, GRANTED, as specifically set forth herein;

2. That the Sealed Declaration (as defined above) be, and the same hereby is, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Records shall be placed in an envelope or other container which is marked SEALED, SUBJECT TO ORDER OF COURT DATED 10/02/17.

3. A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

4. No party or their counsel shall make public or otherwise disclose any of the Sealed Records to any person or entity not directly associated with this litigation.

/s/
_____
MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE