**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BROCK STONE, et al. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DONALD J. TRUMP, et al. )<br>)<br>Defendants. )<br>) | Case No. 17-cv-02459 |

## ORDER SEALING PORTIONS OF THE COURT RECORD

Whereas, on October 27, 2017, Plaintiffs filed a Motion to Seal (the "Motion");

Whereas, in the Motion, Plaintiffs have proposed reasons supported by specific factual representations to justify the [requested] sealing, in accordance with L.R. 105.11;

Whereas, Defendants have identified the following portion of the record as that portion which is subject to the Motion: (1) the Exhibit attached to the Supplemental Declaration of Plaintiff Seven Ero George in Support of Plaintiffs' Reply; and (2) the Supplemental Declarations of Plaintiffs Kate Cole, Teagan Gilbert, and Brock Stone in their entirety (hereafter, the "Sealed Exhibits");

Whereas, the Court has considered the Motion and any opposition thereto;

Whereas, Defendants do not oppose the Motion;

Whereas, the Court has not ruled on the Motion for at least fourteen (14) days after it was entered on the public Court docket to permit the filing of objections by interested parties;

Whereas, the Court has considered any objections by interested parties, pursuant to L.R. 105.11;

Whereas, Plaintiffs have stated in the Motion why alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing of a portion of the record, specified herein, is appropriate;

Accordingly, it is this <u>13th</u> day of <u>November,</u> 2017 by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion to Seal be, and the same hereby is, GRANTED, as specifically set forth herein;

2. That the Sealed Exhibits (as defined above) be, and the same hereby are, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Records shall be placed in an envelope or other container which is marked SEALED, SUBJECT TO ORDER OF COURT DATED <u>November 13, 2017</u>.

3. A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

4. No party or their counsel shall make public or otherwise disclose any of the Sealed Records to any person or entity not directly associated with this litigation.

<pre>
                            /s/
                    Marvin J. Garbis
                 United States District Judge
</pre>