```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

BROCK STONE, et al.                *

       Plaintiffs          *

    vs.                            *   CIVIL ACTION NO. MJG-17-2459

DONALD J. TRUMP et al.             *

       Defendants          *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## PRELIMINARY INJUNCTION

For reasons stated in the Memorandum And Order Re: Motions issued herewith,

Defendants, Donald J. Trump, in his official capacity as President of the United States, James Mattis, in his official capacity as Secretary of Defense, Ryan McCarthy, in his official capacity as Acting Secretary of the U.S. Department of the Army, Richard Spencer, in his official capacity as Secretary of the U.S. Department of the Navy, and Heather Wilson in her official capacity as Secretary of the U.S. Department of the Air Force,

Are hereby enjoined and shall not enforce or implement the following policies and directives encompassed in President Trump's Memorandum for the Secretary of Defense and the Secretary of Homeland Security, dated August 25, 2017, and entitled "Military Service by Transgender Individuals:"

> I am directing the Secretary of Defense, and
> the Secretary of Homeland Security with

1

>	respect to the U.S. Coast Guard, to return to the longstanding policy and practice on military service by transgender individuals that was in place prior to June 2016 until such time as a sufficient basis exists upon which to conclude that terminating that policy and practice would not have the negative effects discussed above.

Presidential Memorandum § 1(b).

>	The Secretary of Defense, and the Secretary of Homeland Security with respect to the U.S. Coast Guard, shall:
>
>	(a) maintain the currently effective policy regarding accession of transgender individuals into military service beyond January 1, 2018, until such time as the Secretary of Defense, after consulting with the Secretary of Homeland Security, provides a recommendation to the contrary that I find convincing; and
>	(b) halt all use of DoD or DHS resources to fund sex-reassignment surgical procedures for military personnel, except to the extent necessary to protect the health of an individual who has already begun a course of treatment to reassign his or her sex.

Presidential Memorandum § 2.

This preliminary injunction shall remain in effect until such time, if ever, that this Preliminary Injunction is rescinded or modified by further Order of this Court.

Plaintiffs are not required to provide any security in compliance with Rule 65(c) of the Federal Rules of Civil Procedure.

Plaintiffs shall arrange a case planning conference to be held by December 15, 2017, to discuss the scheduling of further proceedings herein.

SO ORDERED, on <u>Tuesday, November 21, 2017</u>.

_____/s/_____
Marvin J. Garbis
United States District Judge
