

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

December 13, 2017

ALL COUNSEL OF RECORD

    Re: <u>Stone v. Trump, MJG-17-2459</u>

Dear Counsel:

    I write to confirm the conference held this date.

    Defendants, by Defendants' Motion for Clarification and, If Necessary, A Partial Stay of Preliminary Injunction Pending Appeal [ECF No. 91] specifically seek a stay pending appeal of the portion of the Preliminary Injunction that states that

> James Mattis, in his official capacity as Secretary of Defense . . . shall not enforce or implement the following polic[y:] . . . [To} maintain the currently effective policy regarding accession of transgender individuals into military service beyond January 1, 2018 . . . .

Preliminary Injunction 2-3, ECF No. 84 (quoting President Trump's Memorandum for the Secretary of Defense and the Secretary of Homeland Security, dated August 25, 2017, and entitled "Military Service by Transgender Individuals").

    Defendants seek clarification that the Preliminary Injunction does not prevent Secretary Mattis from deciding, independently of the said policy, that the policy cannot be carried out and that there is a necessity to continue the denial of transgender accession into the military beyond January 1, 2018, and from acting upon that decision.

COUNSEL OF RECORD
December 13, 2017
Page No. 2

As discussed, there are disputes between the parties regarding the factual basis for the motion. Defendants intend promptly to file a motion seeking a stay of the Preliminary Injunction in the United States Court of Appeals for the Fourth Circuit.

It was agreed that Plaintiffs could file a response to the pending motion by this Friday, December 15. Defendants may, by Monday, December 18, advise that they intend to file a Reply and, if they do so advise, shall file the Reply by Wednesday, December 20.

The parties shall, by Wednesday, December 20, provide a proposed Scheduling Order that will include dates discussed in the conference and shall include a coordination of discovery in the D.C. case. I am not granting a delay or stay of discovery pending the February 21, 2018 date for an implementation report but recognize that the report may provide a justification for a motion seeking modification of the Scheduling Order. It is presently anticipated that all discovery will be completed by April 24, 2018 and that a trial or hearing, if necessary, can be scheduled in or about July 2018.

Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

Yours truly,

_____/s/_____
Marvin J. Garbis
United States District Judge

CC: Clerk