FILED: December 21, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2398
(1:17-cv-02459-MJG)

_____

BROCK STONE, Petty Officer First Class; KATE COLE, Staff Sergeant; JOHN DOE, Senior Airman; SEVEN ERO GEORGE, Airman First Class; TEAGAN GILBERT, Petty Officer First Class; TOMMIE PARKER, Technical Sergeant; AMERICAN CIVIL LIBERTIES UNION OF MARYLAND, INCORPORATED

       Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense, U.S. Department of Defense; RYAN D. MCCARTHY, in his official capacity as Acting Secretary of the U.S. Department of the Army; RICHARD SPENCER, in his official capacity as Secretary of the U.S. Department of the Navy; HEATHER WILSON, in her official capacity as Secretary of the U.S. Department of the Air Force

       Defendants - Appellants

------------------------------

RETIRED MILITARY OFFICERS AND FORMER NATIONAL SECURITY OFFICIALS

       Amicus Supporting Appellees

_____

O R D E R

_____

Upon consideration of appellants' emergency motion for administrative stay and partial stay pending appeal, appellees' response to the motion, appellants' reply, the parties' supplemental authorities, and the amicus brief in support of appellees, the court denies the motion for administrative stay and partial stay pending appeal.

Entered at the direction of the panel: Judge Motz, Judge Diaz, and Judge Harris.

For the Court

/s/ Patricia S. Connor, Clerk