**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BROCK STONE, et al.,<br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DONALD J. TRUMP, et al.,<br>　　　　　　　　Defendants. | Case No. 1:17-cv-02459-MJG |

## MOTION TO COMPEL INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 37(a)(1), Plaintiffs respectfully move the Court for an order compelling Defendants to provide complete initial disclosures consistent with Federal Rule of Civil Procedure 26(a)(1). This motion is based on Plaintiffs' Memorandum of Law and accompanying declarations and exhibits, filed concurrently with this motion; on the record in this action; and on other oral or written argument that may be offered by the parties at or before any hearing on this motion.

　　　　A proposed order is attached hereto.

Dated: January 26, 2018

David M. Zionts*
Carolyn F. Corwin*
Jaclyn E. Martínez Resly*
Augustus Golden*
Jeff Bozman*
Marianne F. Kies (Bar No. 18606)
Christopher J. Hanson*
Tom Plotkin*
Peter J. Komorowski (Bar No. 20034)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 778-5987
dzionts@cov.com
ccorwin@cov.com
jmartinezresly@cov.com
agolden@cov.com
jbozman@cov.com
mkies@cov.com
chanson@cov.com
tplotkin@cov.com
pkomorowski@cov.com

Mitchell A. Kamin*
Nicholas A. Lampros*
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
mkamin@cov.com
nlampros@cov.com

* *Admitted pro hac vice*

*Attorneys for Plaintiffs*

Respectfully submitted,

 /s/ *Peter J. Komorowski*

Deborah A. Jeon (Bar No. 06905)
David Rocah (Bar No. 27315)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF MARYLAND
3600 Clipper Mill Road, #350
Baltimore, MD 21211
Telephone: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
rocah@aclu-md.org

Joshua A. Block*
Chase B. Strangio*
James Esseks*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2627
Fax: 212-549-2650
jblock@aclu.org
cstrangio@aclu.org
jesseks@aclu.org
lcooper@aclu.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 26th day of January, 2018, copies of the foregoing and any exhibits were served via CM/ECF on all counsel of record.

                                                  /s/ Peter J. Komorowski
                                                  Peter J. Komorowski