## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, et al.,<br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DONALD J. TRUMP, et al.,<br>　　　　　　　Defendants. | Case No. 1:17-cv-02459-MJG |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Compel Initial Disclosures and any opposition thereto, it is ORDERED this _____ day of _____, 2018, that Plaintiffs' Motion to Compel Initial Disclosures is GRANTED.

Accordingly, it is hereby ORDERED that Defendants shall, not later than two business days from the date of this Order, serve corrected initial disclosures on Plaintiffs, which, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(1)(i) and (ii), identifies "each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses" and provides a copy or description of "all documents, electronically stored information, and tangible things that disclosing party has in its possession, custody, or control and may use to support its claims or defenses."

　　　DATED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Marvin J. Garbis
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge