# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brock Stone, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, et al., <br><br> Defendants. | Case No.  1:17-cv-02459 (MJG) |

## DECLARATION OF MITCHELL KAMIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL INITIAL DISCLOSURES

I, MITCHELL KAMIN, depose and say as follows:

1. I make this declaration in support of the remedies and relief sought by Plaintiffs in this case.  The following facts are based on my own personal knowledge.

2. I am an attorney with the law firm of Covington & Burling LLP, and I represent Plaintiffs Brock Stone, Kate Cole, John Doe, Seven Ero George, Teagan Gilbert, Tommie Parker, and the American Civil Liberties Union of Maryland, Inc. in this action.

3. Attached hereto as "Exhibit 1" is a true and correct copy of the initial disclosures served by the Defendants in this action on January 9, 2018 ("Defendants' Initial Disclosures").

4. On January 10, 2018 at approximately 1:00 p.m. EST, my colleague Marianne Kies and I conferred by telephone with Ryan Parker, counsel for Defendants.  Among other topics, we discussed Defendants' Initial Disclosures.  We conveyed Plaintiffs' position that Defendants' Initial Disclosures were manifestly inadequate and requested that Defendants correct them promptly.  Mr. Parker advised us that Defendants did not presently intend to

supplement their disclosures, but that he would consider a letter from Plaintiffs discussing the issue in more detail.

5. Attached hereto as "Exhibit 2" is a true and correct copy of the letter I sent to Mr. Parker by email on January 11, 2018, setting out Plaintiffs' position as we had discussed. This letter reiterated Plaintiffs' request for prompt supplementation of Defendants' Initial Disclosures and advised that Plaintiffs reserved the right to bring a motion to compel if Defendants did not correct their disclosures as requested.

6. Attached hereto as "Exhibit 3" is a true and correct copy of email correspondence sent by Ms. Kies to Mr. Parker on January 19, 2018, on which I was copied, requesting a response on this issue no later than the end of the day on January 22, 2018.

7. Attached hereto as "Exhibit 4" is a true and correct copy of email correspondence between Mr. Parker and me on January 22, 2018, in which I requested confirmation that Defendants would provide a response on this issue by the end of the day, and a reply email from Mr. Parker that ignored that request. I have to date had no further response from Mr. Parker or Defendants' other counsel concerning this issue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 26th day of January, 2018 in Los Angeles, California.

_____
MITCHELL KAMIN