# Exhibit 1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, *et al.*,<br><br>          *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Case 1:17-cv-02459-MJG<br><br>Hon. Marvin J. Garbis |

**DEFENDANTS' INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Defendants make the following initial disclosures based on the information reasonably available as of this date.

The Department of Defense is currently undertaking a study of policies concerning transgender service members and upon completion of that study, and the development of any new policies resulting from that study, Defendants will supplement these disclosures as appropriate consistent with Federal Rule of Civil Procedure 26(e).

Date:   January 9, 2018

                                          Respectfully submitted,

                                          CHAD A. READLER
                                          Acting Assistant Attorney General
                                          Civil Division

                                          BRETT A. SHUMATE
                                          Deputy Assistant Attorney General

                                          JOHN R. GRIFFITHS
                                          Branch Director

        ANTHONY J. COPPOLINO
        Deputy Director

        */s/ Ryan B. Parker*
        RYAN B. PARKER
        ANDREW E. CARMICHAEL
        United States Department of Justice
        Civil Division, Federal Programs Branch
        Telephone: (202) 514-4336
        Email: ryan.parker@usdoj.gov

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 9, 2018, a copy of the document above was served by email on the following:

Mitchell A. Kamin
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
mkamin@cov.com

Marianne F. Kies
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 778-5987
mkies@cov.com

/s/ *Ryan Parker*
RYAN B. PARKER
Senior Trial Counsel
U.S. Department of Justice