# Exhibit 3

| | |
|---|---|
| **From:** | Kies, Marianne |
| **To:** | Kamin, Mitchell A; Parker, Ryan (CIV) |
| **Subject:** | RE: Stone v. Trump |
| **Date:** | Friday, January 19, 2018 12:34:00 PM |
| **Attachments:** | image001.jpg |
| | image003.jpg |

Ryan,

We are following up on Mitch's January 11 letter regarding the Defendants' initial disclosures. Given the expedited discovery schedule in this case, we respectfully request that the Government provide its position on the issues discussed in the letter by the close of business (eastern time) on Monday, January 22.

Thank you,

Marianne

Marianne Kies

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5005 | mkies@cov.com
www.cov.com

From: Kamin, Mitchell A
Sent: Thursday, January 11, 2018 8:58 PM
To: Parker, Ryan (CIV) <Ryan.Parker@usdoj.gov>
Cc: Kies, Marianne <MKies@cov.com>
Subject: Stone v. Trump

Ryan -

Please see the attached correspondence.

Best, Mitch

Mitchell Kamin

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com <mailto:mkamin@cov.com>
www.cov.com <http://www.cov.com>