# Exhibit 4

| | |
|---|---|
| **From:** | Parker, Ryan (CIV) |
| **To:** | Kamin, Mitchell A; Zionts, David; Kies, Marianne |
| **Subject:** | RE: Stone v. Trump: Lapse of appropriations |
| **Date:** | Monday, January 22, 2018 1:07:28 PM |
| **Attachments:** | image003.jpg |

Mitch,

Due to changed circumstances concerning the status of appropriations, I'm planning to wait until tomorrow to file the stay motion if it still necessary to do so.

Best,

Ryan B. Parker

Senior Trial Counsel

United States Department of Justice

Civil Division, Federal Programs Branch

Tel: 202-514-4336 |  <mailto:ryan.parker@usdoj.gov> ryan.parker@usdoj.gov

From: Kamin, Mitchell A [mailto:MKamin@cov.com]
Sent: Monday, January 22, 2018 12:15 PM
To: Parker, Ryan (CIV) <ryparker@CIV.USDOJ.GOV>; Zionts, David <DZionts@cov.com>; Kies, Marianne <MKies@cov.com>
Subject: RE: Stone v. Trump: Lapse of appropriations

Ryan -

Please provide a detailed basis for your motion.  Are you on furlough?  How will the stay affect your ability to comply with current deadlines? What length of stay are you requesting?  Why are you filing today, rather than waiting to see if the Senate ends the shutdown today?

Also, we are waiting for your response concerning the Government's initial disclosures.  Please confirm you will respond today.

Best, Mitch

Mitchell Kamin

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com <mailto_mkamin@cov.com>
www.cov.com <http://www.cov.com>

From: Parker, Ryan (CIV) [mailto:Ryan.Parker@usdoj.gov]
Sent: Monday, January 22, 2018 8:22 AM
To: Zionts, David <DZionts@cov.com <mailto:DZionts@cov.com> >; Kies, Marianne <MKies@cov.com <mailto:MKies@cov.com> >; Kamin, Mitchell A <MKamin@cov.com <mailto:MKamin@cov.com> >
Subject: Stone v. Trump: Lapse of appropriations

David, Mitch and Marianne,

We will be filing a motion later this morning moving to stay all discovery deadlines in Stone v. Trump because of the lapse of appropriations.  Please let us know your clients' position on the motion as soon as possible so we can include it in our motion papers.

Best,

Ryan B. Parker

Senior Trial Counsel

United States Department of Justice

Civil Division, Federal Programs Branch

Tel: 202-514-4336 |  <mailto:ryan.parker@usdoj.gov> ryan.parker@usdoj.gov