IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROCK STONE, et al.              *

      Plaintiffs       *

   vs.                           *   CIVIL ACTION NO. MJG-17-2459

DONALD J. TRUMP, et al.          *

      Defendants       *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER RE: RULE 26(a) COMPLIANCE

The Court has before it Plaintiffs' Motion to Compel Initial Disclosures [ECF No. 105] and the materials submitted relating thereto. The Court, having conferred with counsel, finds that a formal hearing is unnecessary.

Plaintiffs seek to have the Defendants comply with their initial disclosure obligations under Rule 26(a) of the Federal Rules of Civil Procedure. Defendants' counsel contend that they cannot now comply because they will not be defending the policy now at issue but will be defending the policy to be disclosed on February 21, 2018. Defense counsel have commenced discovery compliance, have promised to make a Rule 26(a) compliant filing on February 16, 2018, and agree to necessary adjustment to existing scheduling to avoid prejudice to Plaintiffs.

Under the circumstances:

1. Plaintiffs' Motion To Compel Initial Disclosures [ECF No. 105] is GRANTED.

2. Defendants shall file a Rule 26(a) compliant statement by February 16, 2018.

3. Defendants shall file an updated Rule 26(a) compliant statement shortly after February 21, 2018.

4. Plaintiffs shall arrange a case planning conference to be held shortly after February 21, to discuss the scheduling of further proceedings herein.

SO ORDERED, this Tuesday, February 06, 2018.

_____/s/_____
Marvin J. Garbis
United States District Judge
