# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

BROCK STONE, *et al.*,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants.*

Case 1:17-cv-02459-MJG

Hon. Marvin J. Garbis

## ~~[PROPOSED]~~ ORDER

Whereas, on May 11, 2018, Defendants filed a Motion to File Declarations Under Seal (the "Motion");

Whereas, in the Motion, Defendants have proposed reasons supported by specific factual representations to justify the sealing, in accordance with L.R. 105.11;

Whereas, Plaintiffs have identified the following portion of the record as that portion which is subject to the Motion: the Declarations of Sergeant First Class Donald D. Osburn II and Major Ricardo S. Flores filed in support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint or, in the Alternative, for Summary Judgment (hereafter, the "Sealed Declarations");

Whereas, the Court has considered the Motion and any opposition thereto;

Whereas, the Court has not ruled on the Motion for at least fourteen (14) days after it was entered on the public Court docket to permit the filing of objections by interested parties;

Whereas, the Court has considered any objections by interested parties, pursuant to L.R. 105.11;

Whereas, Defendants have stated in the Motion why alternatives to sealing would not provide sufficient protection;

4

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing of a portion of the record, specified herein, is appropriate;

Accordingly, it is this 29th day of May 2018 by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants' Motion to File Declarations Under Seal is hereby GRANTED, as specifically set forth herein;

2. That the Sealed Declarations (as defined above) are to be PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Records shall be placed in an envelope or other container which is marked SEALED, SUBJECT TO ORDER OF COURT DATED May 29, 2018.

3. A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

4. No party or their counsel shall make public or otherwise disclose any of the Sealed Records to any person or entity not directly associated with this litigation.

/s/
UNITED STATES DISTRICT JUDGE
MARVIN J. GARBIS