UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

August 1, 2018

MEMORANDUM TO COUNSEL RE:     Brock Stone, et al. v. Donald J. Trump, et al.
                               Civil Action No. GLR-17-2459

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The Court adopts and approves the parties' requested modifications to the Amended Scheduling Order, (see ECF No. 198). Specifically, Defendants' Rule 26(a)(2) disclosure deadline is September 10, 2018 and Plaintiffs' rebuttal Rule 26(a)(2) disclosures deadline is October 1, 2018.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge