IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROCK STONE, *et al.*,          *

    Plaintiffs,          *

v.          *          CIVIL NO.: GLR-17-2459

DONALD J. TRUMP, *et al.*,          *

    Defendants.          *

******

## ORDER

In accordance with the foregoing Memorandum Opinion, IT IS this 14th day of August, 2018, hereby ORDERED that:

1. Plaintiffs' Motion to Compel (ECF No. 177) is GRANTED;

2. Defendants' Motion for a Protective Order (ECF No. 179) is DENIED in part and GRANTED in part. The Protective Order as to President Trump as a party is STAYED pending the resolution of the Motion to Dismiss President Trump as a party. No interrogatories or document requests will be directed to President Trump as a party, but may be directed to all other parties consistent with the Memorandum Opinion accompanying this Order; and

3. Plaintiffs' Motion for Judicial Determination of Privilege (ECF No. 178) is DISMISSED as moot.

                                                                  A. David Copperthite
                                                                  United States Magistrate Judge