IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROCK STONE, et al.,                    :

    Plaintiffs,                         :

v.                                      :     Civil Action No. GLR-17-2459

DONALD J. TRUMP, et al.,                :

    Defendants.                         :

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 30th day of November, 2018, hereby:

ORDERED that Defendants' Objections to the Magistrate Judge's Memorandum Opinion and Order (ECF No. 209) are OVERRULED;

IT IS FURTHER ORDERED that Defendants' Motion to Stay Compliance with the Magistrate Judge's Memorandum Opinion and Order (ECF No. 208) is GRANTED;

IT IS FURTHER ORDERED that the effect of the USMJ's Memorandum Opinion and Order (ECF Nos. 204, 205) is STAYED pending the Ninth Circuit's decision in <u>In re Donald J. Trump</u>, No. 18-72159 (9th Cir. argued Oct. 10, 2018);

IT IS FURTHER ORDERED that Plaintiffs' Motion to Set a Date Certain for Compliance with Discovery Order (ECF No. 222) is DENIED AS MOOT; and

IT IS FURTHER ORDERED that the parties file a joint status report on or before

January 31, 2019 addressing whether the Ninth Circuit has issued a decision in <u>In re Donald J. Trump</u>, No. 18-72159.

/s/
_____

George L. Russell, III
United States District Judge