IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, et al., | |
| Plaintiffs, | |
| vs. | Case No. 1:17-cv-02459-GLR |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**JOINT STATUS REPORT**

On November 30, 2018, the Court ordered the parties to "file a joint status report on or before January 31, 2019 addressing whether the Ninth Circuit has issued a decision in *In re Donald J. Trump*, No. 18-72159." Order, ECF No. 228. The parties respectfully inform the Court that the Ninth Circuit has not yet issued a decision in *In re Donald J. Trump*, No. 18-72159.

APPROVED THIS 1st DAY OF Feb., 2019

_____
GEORGE L. RUSSELL, III, U.S.D.J.