IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BROCK STONE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO.: GLR-17-2459 |
| DONALD J. TRUMP, et al., | * | |
| Defendants. | * | |

******

## **ORDER**

In accordance with the foregoing Memorandum Opinion, IT IS this __9th__ day of April, 2020, hereby ORDERED that, upon remand:

The Plaintiffs' Motion to Compel (ECF 177) is GRANTED.

/s/
A. David Copperthite
United States Magistrate Judge