IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, et al., | Case No. 1:17-cv-02459-GLR |
| Plaintiffs, | |
| v. | Hon. George L. Russell, III |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER
SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS
TO THE MAGISTRATE JUDGE'S MEMORANDUM OPINION AND ORDER**

Plaintiffs respectfully submit the attached Order issued on September 2, 2020 in *Karnoski*

*v. Trump*, No. 2:17-cv-01297-MJP (W.D. Wa.), ECF No. 596 (the "*Karnoski* Order," attached

hereto as **Exhibit A**) in support of Plaintiffs' Response to Defendants' Objections to the

Magistrate Judge's Memorandum Opinion and Order (ECF No. 308).  The *Karnoski* Order

supports Plaintiffs' arguments that Defendants' Objections to the Magistrate Judge's Opinion

and Order (ECF No. 302) should be overruled.

Like Plaintiffs in this case, the plaintiffs in *Karnoski* are challenging Defendants' Ban on

military service by transgender individuals as implemented via the 2018 Plan issued by former

Secretary of Defense James N. Mattis.  The *Karnoski* plaintiffs sought, via third-party subpoena,

the depositions of four senior officials who played roles in developing or implementing the Ban

or the Mattis Plan or both: Secretary Mattis, General Paul J. Selva, Secretary Robert Wilkie Jr.,

and Admiral William F. Moran.  In the *Karnoski* Order, the court denied the *Karnoski*

defendants' motions to quash those subpoenas.  The *Karnoski* Order describes a number of

significant irregularities in the operation of the "Panel of Experts" and the process that resulted

in the Mattis Plan and concludes on that basis that the *Karnoski* plaintiffs should be permitted to take discovery via depositions of the four officials.  Among other things, the *Karnoski* court concluded that discovery was appropriate to explore: the guidance and boundaries provided to the Panel (Ex. A at 9); actions taken by officials outside the Panel's official documented meetings (*id.* at 10); the "flow of information to and from the Panel" (*id.*); the extent to which Secretary Mattis obtained input from the Panel or sought information from sources outside the Panel (*id.* at 11); and concerns raised by a Panel member about the adequacy of the data supplied to the Panel (*id.* at 12–13).

Plaintiffs seek documents and information on these same topics here.  Each topic falls within one of the categories sought by Plaintiffs' Motion to Compel in this case: Category 2 (deliberative materials relating to the activities of the Panel of Experts and its working groups) or Category 3 (deliberative materials relating to the Mattis Plan and the President's acceptance thereof, including any participation or interference in that process by anti-transgender activists and lobbyists).  The *Karnoski* Order thus reinforces the importance of inquiry into these areas, and supports overruling Defendants' Objections to the Magistrate Judge's Memorandum Opinion and Order.

Dated: September 10, 2020

Respectfully submitted,

David M. Zionts*
Carolyn F. Corwin*
Mark H. Lynch (Bar No. 12560)
Marianne F. Kies (Bar No. 18606)
Joshua Roselman*
Peter J. Komorowski III (Bar No. 20034)
Mark Andrews-Lee*
Jeffrey Huberman*
Rishi R. Gupta*
Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 778-5987
dzionts@cov.com
ccorwin@cov.com
mlynch@cov.com
mkies@cov.com
jroselman@cov.com
pkomorowski@cov.com
mandrewslee@cov.com
jhuberman@cov.com
rrgupta@cov.com

Mitchell A. Kamin*
Nicholas M. Lampros*
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
mkamin@cov.com
nlampros@cov.com

*Admitted pro hac vice*

*/s/ Peter J. Komorowski III*
Peter J. Komorowski III

Deborah A. Jeon (Bar No. 06905)
David Rocah (Bar No. 27315)
American Civil Liberties Union Foundation of Maryland
3600 Clipper Mill Road, #350
Baltimore, MD 21211
Telephone: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
rocah@aclu-md.org

Joshua A. Block*
Chase B. Strangio*
James Esseks*
Leslie Cooper*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2627
Fax: 212-549-2650
jblock@aclu.org
cstrangio@aclu.org
jesseks@aclu.org
lcooper@aclu.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Peter J. Komorowski III*
Peter J. Komorowski III