IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR.[1], in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case 1:17-cv-02459-GLR <br><br> Hon. George L. Russell, III |

### DEFENDANTS' NOTICE OF EXECUTIVE ORDER

Defendants hereby notify the Court that on January 25, 2021, the President issued the attached Executive Order regarding military service by transgender individuals. *See* Exhibit 1 (Executive Order on Enabling All Qualified Americans to Serve Their Country in Uniform (Jan. 25, 2021), *available at* https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/25/executive-order-on-enabling-all-qualified-americans-to-serve-their-country-in-uniform/).

January 25, 2021                              Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division


ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Joseph R. Biden, Jr. has been substituted for Donald J. Trump as President of the United States. For the reasons set forth in Defendants' Motion for Partial Judgment on the Pleadings, ECF No. 115, Defendants maintain that the President is not a proper defendant in this matter.

        */s/ Courtney D. Enlow*
_____
COURTNEY D. ENLOW
Trial Attorney
ANDREW E. CARMICHAEL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov


*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, I served the foregoing Notice using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: January 25, 2021            */s/ Courtney D. Enlow*
                                                COURTNEY D. ENLOW
                                                Trial Attorney
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                Tel: (202) 616-8467
                                                Email: courtney.d.enlow@usdoj.gov

                                                *Counsel for Defendants*