IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, et al.,<br>                Plaintiffs,<br><br>vs.<br><br>JOSEPH R. BIDEN, JR., et al.,<br><br>                Defendants. | Case No. 1:17-cv-02459-GLR |

**JOINT MOTION FOR STAY**

On January 25, 2021, President Biden issued an executive order (the "January 25, 2021 Executive Order") "revok[ing]" "the Presidential Memorandum of March 23, 2018" and confirming "the Presidential Memorandum of August 25, 2017 (Military Service by Transgender Individuals) remains revoked." E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), ECF No. 317-1. Plaintiffs challenge both the August 25, 2017 and the March 23, 2018 memoranda in this case. The January 25, 2021 Executive Order provides that "[t]he Secretary of Defense, and Secretary of Homeland Security with respect to the Coast Guard, shall, after consultation with the Joint Chiefs of Staff about how best to implement this policy . . . take all necessary steps to ensure that all directives, orders, regulations, and policies of their respective departments are consistent with this order," including "establishing a process by which transgender service members may transition gender while serving, along with any further steps that the Secretary of Defense and Secretary of Homeland Security deem appropriate to advance the policy described in section 1 of this order." *Id.* § 3(a). The January 25, 2021 Executive Order also provides that the Secretary of Defense, and Secretary of Homeland Security with respect to the Coast Guard, "shall (i) immediately prohibit involuntary separations, discharges, and denials of reenlistment or continuation of service on the

— 1 —

basis of gender identity or under circumstances relating to their gender identity." *Id.* §§ 3(b)(i), 3(c)(i). Further, the January 25, 2021 Executive Order provides that "[t]he Secretary of Defense and the Secretary of Homeland Security shall report to [the President] within 60 days of the date of this order on their progress in implementing the directives in this order and the policy described in section 1 of this order." *Id.* § 3(d).

Accordingly, to allow Defendants time to implement the January 25, 2021 Executive Order and for the parties to determine thereafter what, if any, proceedings will be necessary in this case after the 60-day period set forth in the January 25, 2021 Executive Order has passed, the parties respectfully request that the case be stayed until April 9, 2021, which is 14 days after the 60-day period referenced in the January 25, 2021 Executive Order, and the parties be ordered to file a Joint Status Report by April 9, 2021, setting forth their respective positions regarding what proceedings, if any, will be necessary thereafter in this case.

— 3 —

Dated: February 2, 2021                                     Respectfully submitted,

                                                            /s/ Jeffrey Huberman

David M. Zionts*
Carolyn F. Corwin*                                          Deborah A. Jeon (Bar No. 06905)
Mark H. Lynch (Bar No. 12560)                               David Rocah (Bar No. 27315)
Joshua Roselman*                                            AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Marianne F. Kies (Bar No. 18606)                            OF MARYLAND
Peter J. Komorowski (Bar No. 20034)                         3600 Clipper Mill Road, #350
Jeffrey Huberman*                                           Baltimore, MD 21211
Rishi R. Gupta*                                             Telephone: (410) 889-8555
COVINGTON & BURLING LLP                                     Fax: (410) 366-7838
One CityCenter                                              jeon@aclu-md.org
850 Tenth St. NW                                            rocah@aclu-md.org
Washington, DC 20001
Telephone: (202) 662-6000                                   Joshua A. Block*
Fax: (202) 778-5987                                         Chase B. Strangio*
dzionts@cov.com                                             James Esseks*
ccorwin@cov.com                                             Leslie Cooper*
mlynch@cov.com                                              AMERICAN CIVIL LIBERTIES UNION
jroselman@cov.com                                           FOUNDATION
mkies@cov.com                                               125 Broad Street, 18th Floor
pkomorowski@cov.com                                         New York, NY 10004
jhuberman@cov.com                                           Telephone: 212-549-2627
rrgupta@cov.com                                             Fax: 212-549-2650
                                                            jblock@aclu.org
                                                            cstrangio@aclu.org
Mitchell A. Kamin*                                          jesseks@aclu.org
COVINGTON & BURLING LLP                                     lcooper@aclu.org
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067                               *Attorneys for Plaintiffs*
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
mkamin@cov.com


* *Admitted pro hac vice*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director


 */s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
ANDREW E. CARMICHAEL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 2nd day of February, 2021, copies of the foregoing were served via CM/ECF on all counsel of record.

Dated: February 2, 2021                                    */s/Courtney D. Enlow*
                                                                   COURTNEY D. ENLOW
                                                                   Trial Attorney
                                                                   United States Department of Justice
                                                                   Civil Division, Federal Programs Branch
                                                                   Telephone: (202) 616-8467
                                                                   Email: courtney.d.enlow@usdoj.gov

                                                                   *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, et al.,<br>            Plaintiffs,<br><br>vs.<br><br>JOSEPH R. BIDEN, JR., et al.,<br><br>            Defendants. | Case No. 1:17-cv-02459-GLR |

**[PROPOSED] ORDER**

This matter comes before the Court on the Parties' Joint Motion for a Stay. After considering the Parties' Joint Motion, IT IS HEREBY ORDERED THAT:

1. This case is stayed until April 9, 2021; and

2. The parties shall file a Joint Status Report by April 9, 2021, setting forth their respective positions regarding what further proceedings, if any, will be necessary in this case.

IT IS SO ORDERED.


Dated this _____ day of February, 2021.


                                                                    _____
                                                                    George L. Russell, III
                                                                    United States District Judge