UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROCK STONE, et al.,
          Plaintiffs,

vs.

JOSEPH R. BIDEN, JR., et al.,

          Defendants.

Case No. 1:17-cv-02459-GLR

**ORDER**

This matter comes before the Court on the Parties' Joint Motion for a Stay. After considering the Parties' Joint Motion, IT IS HEREBY ORDERED THAT:

1. This case is stayed until April 9, 2021; and
2. The parties shall file a Joint Status Report by April 9, 2021, setting forth their respective positions regarding what further proceedings, if any, will be necessary in this case.

IT IS SO ORDERED.

Dated this 3rd day of February, 2021.

                                            /s/
                                      George L. Russell, III
                                      United States District Judge