IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-2459 (GLR) |

**JOINT STATUS REPORT AND REQUEST FOR STAY**

On January 25, 2021, President Biden issued an executive order ("Executive Order 14004") "revok[ing]" "the Presidential Memorandum of March 23, 2018," challenged in this case. E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), ECF No. 317-1. Executive Order 14004 provides that "[t]he Secretary of Defense, and Secretary of Homeland Security with respect to the Coast Guard, shall, after consultation with the Joint Chiefs of Staff about how best to implement this policy and consistent with applicable law, take all necessary steps to ensure that all directives, orders, regulations, and policies of their respective departments are consistent with this order" including by "establishing a process by which transgender service members may transition gender while serving, along with any further steps that the Secretary of Defense and Secretary of Homeland Security deem appropriate to advance the policy described in section 1 of this order." *Id.* § 3(a). And Executive Order 14004 further provides that "[t]he Secretary of Defense and the Secretary of Homeland Security shall report to [the President] within 60 days of the date of this order on their

progress in implementing the directives in this order and the policy described in section 1 of this order." *Id.* § 3(d).

On January 25, 2021, Defendants filed a Notice of Executive Order, attaching Executive Order 14004 as Exhibit 1. ECF No. 317.

In their February 2, 2021 joint motion (ECF No. 320), the parties requested that the case be stayed until April 9, 2021, 14 days after the 60-day period referenced in Executive Order 14004. In the resulting February 2, 2021 Order, this Court ordered the case stayed until April 9, 2021 and further ordered the parties to file a Joint Status Report on April 9, 2021, "setting forth their respective positions regarding what additional proceedings will be necessary in this case." Order, ECF No. 321.

On March 31, 2021, Defendants provided Plaintiffs with copies of Department of Defense Instruction ("DoDI") 6130.03 (Medical Accession Standards) and DoDI 1300.28 (In Service Transition), which implemented Executive Order 14004 for the Department of Defense and rescinded the policy challenged in this case. *See* Exhibits A & B. Both DoDI 6130.03 and DoDI 1300.28 take effect on April 30, 2021.

Accordingly, to allow time for DoDI 6130.03 and DoDI 1300.28 to take effect, and for the parties to determine thereafter what proceedings, if any, will be necessary in this case, the parties respectfully request that this case be stayed until June 11, 2021. The parties further request that they be ordered to file a Joint Status Report by June 11, 2021, setting forth their respective positions regarding what proceedings, if any, will be necessary thereafter in this case.

Dated: April 9, 2021

David M. Zionts\*
Carolyn F. Corwin\*
Joshua Roselman\*
Marianne F. Kies (Bar No. 18606)
Peter J. Komorowski (Bar No. 20034)
Jeffrey Huberman\*
Rishi R. Gupta\*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 778-5987
dzionts@cov.com
ccorwin@cov.com
jroselman@cov.com
mkies@cov.com
pkomorowski@cov.com
jhuberman@cov.com
rrgupta@cov.com

Mitchell A. Kamin\*
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Telephone: (424) 332-4800 Facsimile: (424) 332-4749   mkamin@cov.com

\* Admitted pro hac vice

Respectfully submitted,

*/s/ Jeffrey Huberman*

Deborah A. Jeon (Bar No. 06905)
David Rocah (Bar No. 27315)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MARYLAND
3600 Clipper Mill Road, #350
Baltimore, MD 21211
Telephone: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
rocah@aclu-md.org

Joshua A. Block\*
Chase B. Strangio\*
James Esseks\*
Leslie Cooper\*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2627
Fax: 212-549-2650
jblock@aclu.org
cstrangio@aclu.org
jesseks@aclu.org
lcooper@aclu.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

/s/ Courtney D. Enlow
COURTNEY D. ENLOW
Trial Attorney
ANDREW E. CARMICHAEL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*