UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROCK STONE, et al.,
        Plaintiffs,

vs.

JOSEPH R. BIDEN, JR., et al.,
        Defendants.

Case No. 1:17-cv-02459-GLR

**ORDER**

This matter comes before the Court on the Parties' Joint Status Report and Request for Stay (ECF No. 323). After considering the Parties' request, IT IS HEREBY ORDERED THAT:

1. This case is stayed until June 11, 2021; and
2. The parties shall file a Joint Status Report by June 11, 2021, setting forth their respective positions regarding what further proceedings, if any, will be necessary in this case.

IT IS SO ORDERED.

Dated this 13th day of April, 2021.

                                              /s/
                                        George L. Russell, III
                                        United States District Judge