IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROCK STONE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 17-cv-2459 (GLR) |

**STIPULATION OF DISMISSAL WITH PREJUDICE (FED R. CIV. P. 41)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of Executive Order 14004 "revok[ing]" "the Presidential Memorandum of March 23, 2018," challenged in this case, E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), as well as the issuance of Department of Defense Instruction ("DoDI") 6130.03 (Medical Accession Standards) and DoDI 1300.28 (In Service Transition), which implemented Executive Order 14004 for the Department of Defense, Plaintiffs Brock Stone, Kate Cole, John Doe 1, Seven Ero George, Teagan Gilbert, Tommie Parker, Teddy D'Atri, Ryan Wood, Niko Branco, John Doe 2, Jane Roe 1, John Doe 3 (by his next friends and mother and father Jane Roe 2 and John Doe 4), and the American Civil Liberties Union of Maryland, Inc. (collectively "Plaintiffs"), and Defendants Joseph R. Biden, Jr., in his official capacity as President of the United States, Lloyd J. Austin III, in his official capacity as Secretary of Defense, Christine E. Wormuth, in her official capacity as Secretary of the Army, Carlos Del

Toro, in his official capacity as Secretary of the Navy, Frank Kendall, in his official capacity as Secretary of the Air Force, Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security, and Karl Schultz, in his official capacity as Commandant of the Coast Guard (collectively "Defendants," and together with Plaintiffs, "Parties"), hereby stipulate to the dismissal of the above-captioned case, with prejudice.

Dated: August 19, 2021

David M. Zionts*
Carolyn F. Corwin*
Mark H. Lynch (Bar No. 12560)
Joshua Roselman*
Peter J. Komorowski (Bar No. 20034)
Jeffrey Huberman*
Rishi R. Gupta*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 778-5987
dzionts@cov.com
ccorwin@cov.com
mlynch@cov.com
jroselman@cov.com
pkomorowski@cov.com
jhuberman@cov.com
rrgupta@cov.com


Mitchell A. Kamin*
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
mkamin@cov.com
* Admitted pro hac vice

Respectfully submitted,

/s/ Jeffrey Huberman

Deborah A. Jeon (Bar No. 06905)
David Rocah (Bar No. 27315)
AMERICAN CIVIL LIBERTIES UNION FOUND
OF MARYLAND
3600 Clipper Mill Road, #350
Baltimore, MD 21211
Telephone: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
rocah@aclu-md.org

Joshua A. Block*
Chase B. Strangio*
James Esseks*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2627
Fax: 212-549-2650
jblock@aclu.org
cstrangio@aclu.org
jesseks@aclu.org
lcooper@aclu.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

 /s/ Courtney D. Enlow
COURTNEY D. ENLOW
Trial Attorney
ANDREW E. CARMICHAEL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*